ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

F-289

| Date: 3-4-11 | Offender: (Please Print) Michael Coleman | ID#: B-08725 |
|---|---|---|

| Present Facility: Statesville C.C. | Facility where grievance issue occurred: Statesville C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

MAR 1 7 2011
1191

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

APR 0 5 2011
1370

- [ ] Disciplinary Report: ___ / ___ / ___
  Date of Report            Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I was sent out to U.I.C. to have surgery on my right knee 12-21-2010 and U.I.C fix my right knee and the Doctor at U.I.C told me to make sure Doctor Ghosh give me physical Therapy after "30 days". Its been 3 months I been writing physical Therapy plus Doctor Ghosh and they refuse to respond. And my knee is locking up. And I'm in pain.

Relief Requested: I need physical Therapy A.S.A.p plus some for the pain.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Michael Coleman | B08725 | 3, 4, 2011 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

| Date Received: 3, 22, 11 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL. 62794-9277. |
|---|---|---|

Response: Offender Coleman is on the physical Therapy waiting list. He is number 28.

| L. Dennis | [signature] L Dennis | 3 31 11 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: 3 18 11 | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

medical issues
DEC 16 2011

[signature] Marcus Hardy W              3, 21 11
Chief Administrative Officer's Signature         Date

---

Distribution: Master File; Offender                Page 1                DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

**EXHIBIT 1**

7/26/2011

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 7-26-11 | Offender: (Please Print) Michael Coleman | ID#: B-08725 |

Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C.

GRIEVANCE OFFICE

NATURE OF GRIEVANCE:

- [ ] Personal Property
- [x] Staff Conduct "!!"
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment "!!"
- [ ] Disability
- [ ] HIPAA SEP 2 2011
- [ ] Other (specify)

STA# M12

- [ ] Disciplinary Report: ___/___/___  Date of Report    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I had surgery on my right knee on 12/21/10 at "University of Illinois Medical Center" U.I.C. medical doctors recommended that Stateville C.C. doctors give me "physical therapy" so I stayed off my feet as much as I could waiting on "Physical Therapy" But some from my right knee been hurting me, Ever since I had the surgery my right knee keep poping / going out and swelling up on an off plus locking up so I aint waiting

Relief Requested: I want something for the pain in my Back an Right knee, And a "M.R.I" and medical treatment on my (Back and Right knee) A.S.A.P

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Coleman | B-08725 7/26/11
Offender's Signature | ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)** Reviewed May 23, 2011

Date Received: 8/11/11  [x] Send directly to Grievance Officer  [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: OFFENDER WAS recommended FOR physical THERAPY BY USIC MED CENTER on 12/21/10, OFFENDER WAS SEEN on MAY 26, 2011 & OFFENDER claims HE REINJURED HIS KNEE DUE TO THE LACK OF THERAPY HE AT STATEVILLE C.C. ADVISED COUNSELOR HAIM THAT OFFENDER IS NO LONGER FIT AND WILL BE REFERRED FOR A M.R.I.

STEPHEN H. | 8/11/11
Print Counselor's Name | Counselor's Signature | Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___  Is this determined to be of an emergency nature?  [ ] Yes; expedite emergency grievance
[ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature | Date

Distribution: Master File; Offender | Page 1 | DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

JAN 24 2012



the Doctor's, inn Stateville, C.C. telling them
about my "problem / condition". I wrote Doctor
Mrs. L. Williams on 1-24-11 she did not respond.
So on 2-9-11 I wrote "Physical Therapy" telling them
about my problem with my (Right knee) plus
H.I.C Medical center Recommendation that "Physical-
Therapy" did not respond. So I wrote Doctor Mrs L-
Williams again on 2-14-11 Begging for medical treat-
ment she did not answer. So I wrote Dr. Ghosh on 2/16
telling him I need help, my Right knee keep going
going out and swelling up, Plus I'm in pain Dr. Ghosh
did not respond. So I wrote a request to the health
care unit on 2-18-11 telling them about my problem/con-
dition, And I told them I'm in so much pain I can't
walk sleep, nor sit, yet they did not respond.
So on 2-21-11 I went and got me some pain pills
because I was no take them. The Doctor's on (c.M.T.s)
in Stateville C.C. would not respond to my "cry for help"
and the pain was Unbearable. Then a officer c/o by
the name of "pentonelli" come to my cell D/4-57 to do
property cell compliance. Shake down and found eight
pills in my right pocket. I told him they was my
pain pills and then officer c/o pentonelli cuff me up
and I was walk to F/House "Seg" Disciplinary action
was taken, Lt.I.I.L. Franklin "chairperson" Recommen-
ded → gave me 4-months Segregation-4-months c-grade
4-months commissary restriction, And 0-months visiting
restriction-final-: I Put in for a time Reduction/
time cutt on 3-25-11 Because of my circumstance
and the (Doctors and c.mit) in Stateville C.C. neglecting
me, But on 10-28-11 I was Denied By Anna McBee
C.C.I.

Again I wrote Dr. Ghosh and Dr. Mrs L. Williams
on-3-28-11 telling them about my pain and condition
on 3-25-11 I was called to sick call to the
health care unit, I talk to Dr. Ghosh
and ·····

Continue on Next page

#3

he told me to talk to Doctor "mrs Williams". I told her my "problem/condidion about my right knee. And I told her about my pain, plus I let her Know I did not receive "Physical-Therapy" that U.I.C medical center recommended for me after the Surgery to my right knee, yet Doctor mrs L. Williams and Doctor Ghosh done nothing to help me. But charge me $21.00 and sent me back to my cell.

So in "march" I filed a grievance on "Physical Therapy" not responding to my request for help, today is July 24, 2011 I still haven't received no respond from the grievance office, on "that matter.

Again I wrote Doctor Ghosh on 4/13/11 a letter requesting medical-treatment on my right knee plus "Physical Therapy" and some for the pain. Dr Ghosh did not

JAN 24 2012

#4

respond to my letter.

So I wrote the Medical Director
in (Statesville C.C.) on 5/9/11
telling him about my problem/
condition on my right knee and
me not receiveing "physical Therapy".
I all so told the medical director
that I wrote Doctor Krish Williams
and Doctor Ghosh and they refuse
to respond, yet I received no
responds from the medical director.

Again I wrote Doctor Mrs L Williams
on 5-11-11 requesting medical-
treatment on my right knee
because it keep locking up/poping
and I let her know I did not
receive "physical Therapy". She did
not respond.

On May 23. 2011 at one about
5:00 p.m. I Michael Coleman
#B08725 was being escorted from the
"3-gallery" shower by C/o officer
Colverson; when my right knee

JAN 2 4 2012

#5

went out and locked up on the top of "3-gallery steps" and I fell down all of the steps and my (Back plus right knee) went out. C/O officer "Coliverson" and inmate "Itopo Wolls" was standing right there and witness it all. F/House officers took the cuffs off of me and let me lay at the bottom of "3-gallery steps and called a nurse by the mama of (A. Bacot, C.M.T.) she came to F/House with a wheel chair. When I came to C/O Buckheart and C/O Vergara pick me up and help me down to 1-gallery and put me inn a wheelchair. Then the nurse (A. Bacot, C.M.T.) push me to the health care Unit where nurse (A. Bacot, C.M.T got me some "Acetaminophen" pills 325 m.g. and two tol's of "Analgesic Balm" for my back plus right knee, plus two "Crutches". And she put me inn to see a Doctor and Kept a incident report.

JAN 2 4 2012

#6

then she told me that's all
she can do and sent me back
to the cell,
Three days latter on May 26.2011
I received a pass in the mail
for physical Therapy. I went
to physical Therapy and told
the physical Therapist by the
name of "Jose" what happen
plus I should him my right knee
and told him my "back" went out
he seen how much pain I was
inn and went and ask Doctor
Mrs L. Williams to give me
medical treatment she refuse,
So the physical Therapis "Jose"
put me inn to see a doctor
and sent me back to my cell.
he did not take me through the
"Physical Therapy" process, On Jun 1, 2011
I wrote a letter to the health
care unit telling them what happen
that I fell down "3- gallary" steps
and I'm in pain my Back plus right
knee, that I need help, they
did not respond, yet I received

JAN 2 4 2012

#7

a pass for physical Therapy on 6/2/11 again. I was in to much pain the "physical Therapist" Jose did not take me through the process, and the physical Therapist Jose told me months back prior to me falling down the steps on 5/23/11 they forgot to call me to "physical therapy because my name slip through the paper-work. Again "Jose" put me in to see a doctor.
On Jun 6. 2011 the health care units sent me a pass to come and see a Doctor. I went to the health care unit on 6/6/11 and the doctor refuse to see me. A nurse by the name of Estai-martin Came out to the Bull-pin and told me my pass is cancell the doctor is refusing to treat me the nurse by the name of Estai-martin told me they was to send me a pass for 6-7-11 are 6-8-11 to see a "medical director", I never received a pass nor seen no doctor

JAN 2 4 2012

#8

On 6-11-11 I wrote "Doctor Schafer a letter requesting medical treatment telling him about my incident I had on 5-23-11 me falling down 3-gallory steps inn F/House, And the pain my (Back and Right Knee) is inn, he did not answer, "no responds."

On 6-12-11 I wrote "Dr. Batista" a letter requesting (medical attention) telling him about the pain my Back and Right Knee is inn, And I ask him can he please help me. Dr. Batista did not respond.

On 6-13-11 I went to the Asthma-Clinic, Dr. Schaefer refuse to talk to me about my May 23.2011 incident I told him my (Back & Right Knee) is inn pain and I cant walk good nor sleep, Dr. Schaefe refuse to treat me and told me he don't want to hear it, I'm in his office for Asthma and asthma only, On 6-15-11 I received some Acetaminophen pills 325 m.g.

JAN 24 2012

#9

generic for Tylenol. name on pack → "Shaifer".

On 6-7-11 I wrote a grievance on (staff conduct on medical treatment.) today is July 25 2011. I haven't receive no responds to that grievance yet.

I went to "physical Therapy" on 7-14-11. I'm in so much pain the physical Therapist "Jose" did not take me through the process, I show the physical Therapist "Jose" my right knee and he witness the swelling in my right knee plus my knee cap bone going to the right, plus I cant move my back good. So again he told me he go put me in to see a doctor and sent me back to the cell.

On 7/19/11 4:00 A.M. I receive some Acetaminophen Tab 325 M.G. generic for Tylenol from a Medical Technician (C.M.T.). name on package →

JAN 2 4 2012

#10

Tylenol from a medical Techni-
cians (C.M.T.). Name on package -
L. Williams. How I dont
know, I haven't talk to Doctor L.
Williams since 3-25-11. And
she refuse to talk to me about
my 5-23-11 incident.

On 7-21-11 I was called to physical
Therapy. When I got there my right
knee "still "swelling" and Both in
pain. Physical Therapist "Jose" ask
me did I get to see a doctor
are did I even receive a call
pass to see a doctor I told him
no and he was in "shock"
because he put me in to see
a doctor and I still haven't
receive no medical treatment.
He told me Doctor Mrs L. Williams
came and got my medical file
from him on 7-14-11. And he
thought I seen her and a doctor
I told him no I have not seen
a doctor nor Dr. Mrs L. Williams
about my situation yet.

JAN 2 4 2012

#11

Physical Therapist "Jose" open my medical file to look at the incident report that was wrote on 5-23-11 And could not find it. The last person with my medical file → Dr. Mrs.-L. Williams. Physical Therapist "Jose" told me to leave his office because I'm not fit for physical Therapy, And he told me he go put me in to see a Doctor and he go tell them inn request he is refusing to treat me untill I receive medical treatment on my "Back" and Right Knee." To day is "July 26, 2011" and I'm still inn F/house on "3-gallery" The gallery I fall down the steps on, inn pain cant walk nor sleep. And I still have not receive medical treatment yet.

Again somebody please help me A.S.A.P

Foster

JAN 24 2012

#12

The (C.M.T's) plus Doctor's and Medical Director. Inn Statesville C.C. hold a practices Standard they must up hold. And the Department Rule 415, Health care reads "I" (Offender Bill of Rights) the Statesville C.C. health care unit affirms, as department policy, the following right/responsibilities of offenders requesting health care services, It is the purpose of this policy to assure all offender patients are treated in a manner that recognized their basic human rights. This policy is also directed as establishing an atmosphere of trust between the offender and the health care provider. It is the responsibility of the health care unit Administrator to oversee the provisions of this policy.

1. Access to all health care services determined to be medically appropriate. Services provided are without discrimination as to race, color, religion, sex, national origin,

JAN 24 2012

#13

origin, political belief, handicap, or custody status.

2. Treatment with dignity and respect. Consideration given to cultural, psychosocial, spiritual, and personal values.

3. Continuity of care within applicable laws and policies which govern the Stateville C.C. health care Unit. and within the resources available. Services beyond the capability of the health care Unit are provided through appropriate community resources.

(Doctor (Mrs. L. Williams)) and the (C.M.T's) plus "Medical Director" in Stateville C.C. has fell way low + beyond the department rule 415 Health care Bill of rights. And all need to be investigated. And under no circumstances should the Breaken — "Violating", the rule 415 Health care Bill of right be (tolerated nor condone.)

Again please help me and make ↓ over

#14

sure I receive medical treatment
On my (Back and Right Knee) A.S.A.P

"Thank You"

Respectfully Requested

Michael Coleman #B-08735

F/House Cell "3-44"

"PS please Respond
A.S.A.P.
It's been over two
months and I haven't
received no medical
treatment on my Back nor
Right Knee yet.

JAN 27 2017

D506

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 9-20-2011 | Offender: (Please Print) Michael Coleman | ID#: B-08725 |
|---|---|---|
| Present Facility: StateVoll C.C. | Facility where grievance issue occurred: | StateVoll C.C. |

GRIEVANCE OFFICE
SEP 28 2011
STAFF 3675

**NATURE OF GRIEVANCE**

☐ Personal Property     ☐ Mail Handling     ☐ Restoration of Good Time     ☐ Disability
☑ "Staff Conduct"     ☐ Dietary     ☑ "Medical Treatment"     ☐ HIPAA
☐ Transfer Denial by Facility     ☐ Transfer Denial by Transfer Coordinator     ☐ Other (specify): _____

☐ Disciplinary Report: ____/____/____
            Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer,** only if EMERGENCY grievance.
    **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

**Brief Summary of Grievance:** I had Surgery on my right Knee on 12/21/10 at University of Illinois medical Center, U.I.C medical doctors recommended that StateVille C.C. doctors give me physical therapy. StateVille doctors did not give me physical therapy. They fell to honor the recommendation. Even after I wrote request after request. Do to a lack of "physical therapy" and "medical Treatment" on may 23, 2011 Comeing from the Shower on 3-gallery Inm F/House my Right Knee bankedapen and I fell

**Relief Requested:** My surroundion level is a low "3", please get me off "3-gallery" Inm F/House and move me Inm a low aggression House on a Low gallery A.S.A.P

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Michael Coleman | B-08725 | 9, 20, 2011 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 10, 19, 11 | ☐ Send directly to Grievance Officer | ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:** Issue resolved. Coleman is currently living in D-330, which is low gallery cell.

| K Rabideau CC2 | K Rabida CC2 | 10, 20, 11 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: 9, 29, 11 | Is this determined to be of an emergency nature? | ☐ Yes; expedite emergency grievance |
|---|---|---|
| | | ☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

| Marcus Hardy YB | 9, 29, 11 |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender             Page 1             DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

dot'm all of 3-gallory steps and "re-injured" my (right Knee and Back.)

Today is 9/20/11 Stateville doctors still haven't gotten me no "Medical Treatment" on my right "Knee nor Back", I haven't receive no X-Ray and no M.R.I the "c.M.T" About gave me a crutch on 5/23/11. And I'm placed on 3-gallory the gallory I fell off of on 5/23/11. they (staffs and Doctors) no that I'm not suppose to be on no right gallery Because im the "file" im F/House Sgt office plus my medical file" there is a (medical room permit) and I have one. telling them I do not suppose to be on no Right gatley = Again Stateville "Staff and Doctors" refuse to honor my medical permit that was issued to me on 4/1/11   4-1-11



1-18-12

Dear: Administrative Review Board

I wrote a grievance against
(Staff conduct on "medical treatment")
on 7-26-11. And I received a
response on 1-17-12.
The medical Staff at stateville
C.C. did not answer my grievance
Instead I was submitted for
a transfer. And I did not ask
nor put in for no transfer.
and I do not want to be transfers.
I only wanted medical help.
Dear: Administrative Review Board
this is a form of "retaliation" by
the "medical Staff" And one
"Administration". And I'm requesting
that the transfer be stop and
uplifted. And the retaliation stop.
All I did was ask for medical.
            Michael Coleman #B08725
P. I have over     D/House. 3-30
5-Enemys in
Menard prison    please respond

JAN 2 4 2012

ILLINOIS DEPARTMENT OF CORRECTIONS
- OFFENDER'S GRIEVANCE

| Date: 10-11-12 | Offender: (Please Print) Michael Coleman | ID#: B-08725 |
|---|---|---|

Present Facility: StateVille C.C.    Facility where grievance issue occurred: StateVille C.C.

NATURE OF GRIEVANCE:

- [✓] Personal Property
- [ ] Mail Handling
- [✓] Restoration of Good Time
- [ ] Disability
- [✓] Staff Conduct
- [ ] Dietary
- [ ] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [✓] Other (specify): Orange crus

- [ ] Disciplinary Report: _____ _____
                          Date of Report    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 10-11-12 at about 8:00 A.M.
The orange crush shakedown crew came to
D House, call 3-30 and cuff me was then
walk me, to the dinning room (kitchen), where I was
told to sit down untill the orange crush
was done shoting my cell down and the D-
House unit. about 3-hours latter the
orange crush walk me back to my cell D-
3-30 where I disovered my "Grand Jury
minutes transcript" is gone Plus my famu-
Relief Requested: I want my "Grand Jury minutes transcripts
back. And I want my 3.78 pictures of my Kids
and family back plus I want my clear Times

[✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Coleman          B08725  6, 11, 12
    Offender's Signature              ID#           Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 6, 19, 12    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to
Administrative Review Board, P.O. Box 19277,
Springfield, IL 62794-9277

Response: On 6/11/12 state wide TACT team conducted shakedowns in
Delta House. That afternoon I made rounds and inmate Coleman
spoke to me about his headphones, radio, fan and walkman being
broken and his court transcripts and pictures missing. However, I

A. Polowin                    [signature]          06.28.12
Print Counselor's Name        Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**                        AUG 03 2012

Date Received: 6, 15, 12    Is this determined to be of an emergency nature?   [ ] Yes; expedite emergency grievance
                                                                                 [✓] No; an emergency is not substantiated.
                                                                                 Offender should submit this grievance
                                                                                 in the normal manner.

Marcus [signature]                              6, 18, 12
Chief Administrative Officer's Signature           Date

---

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

head Phone is brok, And I'm missing "370
Pictures" of my kids - Another - grand-mom
and sister I been locked up in prison for over
18-years, and it took me all of them years
to get them pictures and now their gone. And
the orange crush broke my "Clean Temserradis
And my fan, Plus my "Sony Walkman" is Broke
in 2 pieces, and it don't work, up on discovering
all this, I ask officer Peterson where is
my shake down slip, and he told me that
orange crush left the building and did not
leave me a shake down slip, then officer peterson
gave me a grievance to fill out and told
me to contact my counselor A.S.A.P.
officer peterson also inform me that I
was not the only inmate that did not
receive a shake down slip.

→ Radio-slip and my fan, And I want ~~~ a
new Walkman and Sony headphones,

cannot substantiate. Whe the damage to those items occurred
Also there was no shakedown slip to verify what items were
confiscated. Further more Personal Property does not have
any record of items being confiscated from inmate Coleman
during this shakedown.

D-550

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 11-23-12 | Offender: (Please Print) Michael Coleman | ID#: B08725 GRIEVANCE OFFICE |
|---|---|---|

| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [ ] Medical Treatment

- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): 506 Commissary

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: The Wardens Bulletin No.2012 dated october 17, 2012 affect me because it states that Effective, october 1, 2013 The department will no longer be charging 7% overhead charge for Commissary goods. And I've been here at State Ville. C.C. Since (2) 1996 → february 1996 During that overhead charge. I would like all Back pay and to be reimbursed for all Commissary Purchases. Proper and prompt refunds also its a violation on the administrative staff

Relief Requested: I would like to be reimbursed for all 7% overhead charge from "1996 to 2013" Thank You.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Michael Coleman | B08725 | 11, 23, 12 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 11, 24, 12 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: WARDEN'S BULLETIN NO. 2012-83 STATES, No REFUNDS FOR PRIOR PURCHASES WILL BE ISSUED.

| T. WASHINGTON | [signature] | 12, 4, 12 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: _____ / _____ / _____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| | | _____ / _____ / _____ |
|---|---|---|
| Chief Administrative Officer's Signature | | Date |

Inmate issues

MAR 14 2013

Distribution: Master File; Offender                    Page 1                    DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

who run and control the own inmate Comm-
issary. And I want to be reimbursed.
Thank you respectfully requested.
Michael Coleman

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 1-15-13 | Offender: (Please Print) Michael Coleman | ID#: B08725 |
|---|---|---|
| Present Facility: StateVille C.C. | Facility where grievance issue occurred: StateVille C.C. | |

GRIEVANCE OFFICE
JAN 25 2013

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify):

STA✗#

- [ ] Disciplinary Report: _____ _____
  Date of Report          Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: I had Surgery on my Right Knee on 12/21/2010 at U.I.C medical center. But did not receive the Physical Therapy that was recommended by the physician from U.I.C medical center. On may 23, 2011 coming from the shower on 3-gallery with my hands cuffed behind my back in F/House my Right Knee went out and I fell down a flight of stairs, from 3-gallery to two gallery. As a result of falling down the stairs I reinjured my → knee

Relief Requested: I want to be seen by a Knee specialist and I want my Right Knee fix, and Back. plus I want some for the pain in my Knee & Back ASAP

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Coleman                B-08725        1, 15, 2013
Offender's Signature            ID#            Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: 1 / 16 / 13    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: A copy of this grievance has been forwarded to the HCU for review and response and the original grievance has been forwarded to the grievance Office. There is no need to send your copy to the grievance office or the Health Care Unit. You will receive a final response from the grievance Office when the Health care Unit responds to same.

A. Waarith                         Waarith                    1, 16, 13
Print Counselor's Name          Counselor's Signature        Date of Response

---

### EMERGENCY REVIEW

Date Received: ___/___/___    Is this determined to be of an emergency nature?    [ ] Yes; expedite emergency grievance
                                                                                  [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____    APR 01 2013    _____
Chief Administrative Officer's Signature        Date

Right knee. and I hurt my Back. Ever since then I been in pain my Back and Right knee, the physical Therapist "Jose Becerro" tried to give me. physical therapy after I fell down the stairs on 5-3-2011 but everytime he tried my Right knee. would not stop swelling up, plus poping. so the physical Therapist told me I was not fit for physical Therapy and put me in to see a doctor. — Ever since then I been going through painfull problems with my Right knee and Back.

On 11-21-12. I was called to the E.R. by the medical director "Saleh Obaisi" and he told me I was not fit for physical Therapy because my Right knee keep poping plus swelling up and my back is in pain so he told me he'd send me out to see a "Specialist" But yet Dr. Obaisi did not give me nothing for the pain in my (Back plus Right knee.) today is 1-15-13 and I'm still in the cell; my Right knee plus Back is in pain and I can't sleep. Dr. Obaisi have not answer none of my request for help since I seen him on 11-21-12 and no I have not been not to see no "Specialist."

Can somebody please help me. I'm in pain, I need to see a knee specialist plus some pain medication.

D380                                    #1

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 4-3-2013 | Offender: (Please Print) Michael Coleman | ID#: B08725 |

Present Facility: StateVille C.C. | Facility where grievance issue occurred: StateVille C.C.

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [x] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other

GRIEVANCE OFFICE (stamps)

- [ ] Disciplinary Report: _____ Date of Report _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On April 3, 2013 Chief Administrative officer "Warden" Michael Lemke and (Major Maj. McGarvey) were making rounds in D/House on every gallery.

Warden Michael Lemke when you and Major Ms. McGarvey got on "3-gallary stop" that was me Michael Coleman calling you for help. But you was Known out that you had to go take care some business

Relief Requested: Warden Michael Lemke can you please order your staff and health care unit Dr. apoist to give me some medical treatment on my back & knee.

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Coleman / B08725 / 4,3,2013
Offender's Signature / ID# / Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 4/15/13 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: A copy of this grievance has been forwarded to the HCU for review and response and the original grievance has been forwarded to the Grievance office or the Health Care Unit. You will receive a final response from the Grievance Office when Health Care responds to same.

Amanda Wearith / Print Counselor's Name | Con Wea / Counselor's Signature | 4/15/13 / Date of Response

---

**EMERGENCY REVIEW**

Date Received: 4/x non issues     OCT 2 9 2013

Is this determined to be of an emergency nature? [ ] Yes; expedite emergency grievance [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Michael Lemke LK / 4,11,13
Chief Administrative Officer's Signature / Date

Distribution: Master File; Offender    Page 1    DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper



**ILLINOIS DEPARTMENT OF CORRECTIONS**
## OFFENDER'S GRIEVANCE (Continued)

And you order Major Ms Mc ann Vey to finish making rounds on 3-gallery without you. Warden Michael E. Lemke Major Ms Mc Garvey Came to my cell 3-30 on was. Both the Warden saw me on my crutch holding my Back with my left hand I told Major Ms Mc Garvey that my Back is in extreme pain. And my Back has been in pain since I fell down a flight of stops in F/House off 3-gallery, on May 23.2016. I did not receive an X-ray on my Back until 16-months latter — nor my right knee until 9-13-17 despite me writing a number of grievances and request for help. I also told Major Ms Mc Garvey that the health care unit / Dr Obaisi want and refuse to answer any of my request for help. And I told Major Ms Mc Garvey that I dont have nor pain medication and I cant sleep nor move good because of the pain in my Back/Right knee. I also told Major Ms Mc Garvey that medical Director Saleh Obaisi refuse to give me the results from the X-Ray on my Back, Dr obaisi also refuse to treat me for my Back pain. Then I ask Major Ms Mc Garvey can she please call a doctor to come and give me some medical treatment on my Back she refuse and told me to write and request medical treatment I should Major Ms Mc Garvey all the letters plus grievances I wrote requesting medical treatment on my Back & Right knee that has not been answered, Then I beg Major Ms Mc Garvey to walk me over to the Health care unit and help me get some medical treatment on my Back, again she refuse, And told me to keep writing.

Chief Administrative Officer Warden Michael Lemke again I'm asking you Please step in and help me get some medical treatment on my Back a.s.a.p. I'm

in pain I can not sleep nor
walk good and I dont have no
pain medication. plus major IMS-
me-gookey refuse to help me
and I have ran out of people
to write for help.

"Thank you"
Respectfully Requested

Michael Coleman
#B-08785
D/3-30

(Continued) Relief Requested: plus I want to
be seen by a knee specialist and
I want a M.R.I. on my
back and some pain medication A.S.A.

mate Issues

OCT 2 9 2013

D330

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| :013 | Offender: (Please Print) | Michael Coleman | ID#: | B08725 |

oteVille C.C.   Facility where grievance issue occurred: StateVille C.C.

**ANCE:**

- [ ] perty
- [ ] ct
- [ ] Transf... Jenial by Facility
- [ ] Disciplinary Report: ___/___/___   Date of Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [✓] Restoration of Good Time
- [✓] Medical Treatment
- [ ]

- [ ] Disability
- [ ] HIPAA
- [ ] Other (specify): ___

MI5

Facility where issued # 1102

Note:   Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
   administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
   Administrative Officer.

Brief Summary of Grievance:   I wrote the Medical Director
"Saleh OBaisi" more than "8" letter and
request telling him my Back plus Right
Knee is in pain and has been in pain
ever since I fall down the steps in F-Hous
with my hands cuff behind my Back
Dr. OBaisi refuse to answer any of my
request for help. Dr. OBaisi refuse to give
me some pain medication for my "Back" and
"Right Knee", I had surgery on my Right

Relief Requested:   I want a M.R.I on my Back, plus some
pain medication for my "Back" and "Right Knee",
And I want to be seen by a "knee Specialist".

- [✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Coleman                  B08725    3/26/2013
Offender's Signature                       ID#           Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 4/11/13

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response:   A copy of this grievance has been forwarded to the HCU for review and
response and the original grievance has been forwarded to the grievance office
There is no need to send your copy to the grievance office or Health Care Unit
You will receive a final response from the Grievance Officer when HCU responds
the same.

Amanah Wearth                    Ann Giese            4/11/13
Print Counselor's Name           Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: 4/5/13

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [✓] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Michael Lot (SS)                                   4/5/13
Chief Administrative Officer's Signature                 Date

Distribution: Master File; Offender          Page 1          DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

knee. On 12-21-2010 I did not receive the physical therapy that was mandated by the physician from University of Illinois medical center my Right knee went out on me and I fell up at the top of 3-gallery steps in F-House. On 5-31-2011 I fell down a flight of steps with my hands cuff behind my back. ——> I did not receive a X-Ray on my (Back and Right knee) until 9-13-2012

I been writing Dr. Obaisi a number of letters & request asking him for the results from the X-Ray on my Back plus Right Knee he refuse to answer.

On 11-21-2012 I received a Notification of Appointment to go to the health care units to see Dr. Saleh Obaisi. Dr. Obaisi told me he can see where my Right knee keep swellin up, and he told me my Right knee do not rotate right. Dr. Obaisi told me at this point it's to late for physical Therapy. I'm not fit for physical Therapy because it will only make my Right knee worse. Then Dr. Obaisi told me he go send me out to see a knee – Specialist, today is 3-26-2013 And I have not been out to see no knee specialist and I'm siting in the cell Back and Right knee in pain with no pain medication. And again Dr. Obaisi refuse to answer any of my request for help. And Dr. Obaisi refuse to address any issue about my Back pain Dr. Obaisi refuse to answer any questions about my Back. Dr. Obaisi refuse to give me the results from the X-Ray on my Back.

——> Chief Administrative officer Warden – Michael ████ Lemke Can you please step in and see that I receive medical treat- ment on my Back plus Right knee. A.S.A.P. I'm in pain, and Dr. Obaisi Refuse to answer any of my request for help.

3.

Inmate Issues
JUL 3 1 2013

JUL 3 1 2013

Chief Administrative officer-
Warden "Michael Lemke" sir
can you please call or fax
Wexford Health care sources Inc.
And order that I be sent out
to have a M.R.I on my "Back"
plus to see a Specialist about
my "Right Knee". A.S.A.P ??? I'm
in pain.
Chief Administrative officer Warden
Michael Lemke sir the Health
Care Unit - Offender Bill of rights
read → The Stateville C.C. Health
care unit affirms, as department
policy, The following right/responsi-
bilities of offenders requesting health
care services. It is the purpose
of this policy to assure all offender
patients are treated in a manner
that recognized their basic
human rights. This policy is also
directed as establishing an atmosphere
of trust between the offender and
the health care provider. It is
the responsibility of the Health care
Unit Administrator to oversee

4.

The provisions of this policy.

\* 1. Access to all health care services determined to be medically appropriate. Services provided are without discrimination as to race, color, religion, sex, national origin, political belief, handicap, or custody status.

\* 2. Treatment with dignity and respect. Consideration given to cultural, psychosocial, spiritual, and personal values.

\* 3. Continuity of care within applicable laws and policies, which govern the Stateville C.C. Health care Unit, and within the resources available, Services beyond the capability of the Health care Unit are provided through appropriate community resources.

\* 7. Effective communication and access to information regarding your diagnosis, treatment, and the expected outcome. When concern for your health makes it inadvisable to give such information, the information will be made available to an individual designated, by you, or to a legally

Inmate Issues
JUL 31 2013

5.

individual. Again Chief —
Administrative Officer Warden
Michael Lemke can you
please step in and make
sure I receive the medical-
Treatment that I'm requesting
On my "Back plus Right knee":
I'm in pain I cant walk nor
sleep. Dr. oBaigi refuse to
address the pain in my "Back"
plus my "Back injury", And he
will not give me the results from
the X-Ray I had on my Back —
On 9-13-2012.

"Thank you sir

Respectfully Requested

Inmate Issued
JUL 31 2013

P.S please Respond
Soon I'm in
pain. With
1 no pain
medication

Michael Coleman
# B08785
D/House cell 3-30

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 7-29-2013  Offender: (Please Print) Michael Coleman  ID#: B-08725

Present Facility: Stateville C.C.  Facility where grievance issue occurred: Stateville C.C.

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [ ] Other

- [ ] Disciplinary Report: _____ Date of Report _____

Note: Protective Custody Denials may be grieved immediately via the local administrative process on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On May 23, 2011 in F/House I fell down a flight of stairs with my hands cuffed behind my back. My back has been in pain every since 5-23-2011. Physician assistant Latanya Williams refuse to treat me for my Back pain. Medical Director Dr. Bautista refuse to treat me for my back pain. Dr. Schaefer refuse to treat me for my back pain. medical Director Dr. Carter refuse to treat -

Relief Requested: I want a M.R.I on my "Back" A.S.A.P And I want the results from from the first X-Ray I had on my "Back".

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Coleman  B-08725  7-29-2013
Offender's Signature  ID#  Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 8/15/13  [ ] Send directly to Grievance Officer  [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: A copy of this grievance has been forwarded to the HCU for review and response and the original grievance has been forwarded to the grievance Office there is no need to send your copy to the Grievance office or HCU You will receive a final response from the Grievance Office when the Health Care Unit responds to same  Ameckah Wooruth  8/19/13
Print Counselor's Name  Counselor's Signature  Date of Response

RECEIVED NOV 21 2013

**EMERGENCY REVIEW**

Date Received: 8/9/13  Is this determined to be of an emergency nature?  [ ] Yes; expedite emergency grievance  [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Michael Jike  8/12/13
Chief Administrative Officer's Signature  Date

Distribution: Master File; Offender  Page 1  DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

me for my Back Pain. And they all have
knowledge of my Back condition/pain.
Medical Director Dr.S. Obaisi have knowledge
of my Back pain. Yet he refuse to go
through the right chain of procedures
to see what's wrong with my Back so that
my Back can be fix. Everytime I go to
see Dr. Obaisi in the E.R. or U.C. I tell
him about my "Back pain" and "Back" condition
Yet he fuse to help me. Dr. Obaisi
refuse to give me the first X-Ray results
I had on my Back. Dr. Obaisi refuse
to call one for Wexford Health Sources,
Inc. "provider" to request a M.R.I on
my Back. Yet Wexford already have knowledge
of my Back pain. Dr. Obaisi refuse to
apposite me for a M.R.I on my Back.
My "Back" has been in "pain" eversince I
fell down a flight of stairs in F/House
on 5/23/2011 with my hands cuff behind my
Back. Yet all the "medical Directors" and
"Doctors" plus "physician assistant" refuse
to treat me for my Back pain and they
all have knowledge of condition/pain
in my Back. Dr. Obaisi refuse to order a M.R.I
on my Back

Again my Back is in pain
and its getting worse, I can
not walk with out 2-crutches
Can sombody please order
a M.R.I on my Back plus
help me.

"Respectfully Requested"

Michael Coleman
#B-08725

"P.S. I also seen
Dr. Obaisi on
7-29-2013 again he
refuse to order a M.R.I on my Back.

D330

ILLINOIS DEPARTMENT OF CORRECTIONS

## OFFENDER'S GRIEVANCE

| Date: 10-7-2013 | Offender (Please Print) Coleman | IDOC#: B08725 |
|---|---|---|
| Present Facility: State Ville CC | Facility where grievance issue occurred: State Ville CC | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA

30416

- [ ] Disciplinary Report: ____/____/____
  Date of Report     Facility where issued

GRIEVANCE OFFICE

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

MR2

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 10-7-2013 I was summon to the Heath Care Unit by Notification of Appointment "pass" to see the "medical director" Dr. Saleh Obaisi in the H.C. Unit, about my back (pain and Right knee pain.) I was copd to the back by → physician assistance Latonya Williams. When I went in the H.C. Unit to see Dr. Obaisi I was told that Latonya Williams and Dr. Obaisi did not want to

**Relief Requested:** I want the Retaliction by P.A. Latonya Williams and medical Director Dr. Obaisi to stops. And I want a M.R.I on my Back & Knee

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Coleman                    B08725 10.7.2013
Offender's Signature                   IDOC#        Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: 10, 23, 13

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: A copy of this grievance has been forwarded to the HCU for review and response and the original grievance has been forwarded to the grievance office. You will receive a final response from the grievance office when the health care unit responds to same.

R.Bishop                    10.29.13
Print Counselor's Name        Counselor's Signature        Date

RECEIVED OCT 28 2014 OFFICE OF INMATE ISSUES

---

### EMERGENCY REVIEW

Date Received: 10, 11, 13

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Michael ___ (SS)                    10, 11, 13
Chief Administrative Officer's Signature              Date

Distribution: Master File; Offender                                    Page 1                                    DOC 0046 (8/2012)
Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

see me. And then I was escorted back to
the Bull pin. Well I was writing in the
Bull pin to see Dr. Obaisi about my Back
pain and Right knee pain. C/o officer
Thomas came to the Bull pin and told
me the → Physician assistance
Latanya Williams" and medical director
Dr. Saleh Obaisi is Refusing to see me
and treat me for my Back pain and Right
knee pain. And then I was sent back
to my cell in pain. Dr. Obaisi refuse to
order a M.R.I on my "Back"

I also went out to see a "knee special-
ist" on 7-22-2013 at U.I.C medical-
Center. the physician of U.I.C medical
center told me my Right knee is not
well and the physician order a new
M.R.I. on my Right knee. And the
physician at U.I.C medical center
told me Dr. Saleh Obaisi suppose to
send me back out to U.I.C medical
Center to receive a M.R.I on my
Right knee with in the next 4-weeks
today is 10/7/2013 its been 8-weeks
and Dr. Obaisi refuse to follow
the physician from U.I.C orders By not
sending me out to U.I.C medical center
to have a M.R.I on my Right knee.

This is all a form of "Retaliation" on
me because I filed a #1983 Lawsuit
on (Physician assistance Latanya Williams)
and the "medical directors" at statesville c
And now I am being refused medical-
treatment by Latanya Williams and Dr.
Saleh Obaisi. And now I'm requesting
that it stop. And that I receive
medical treatment on my Back and
Right knee.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Dr. Obaisi refuse to call me. Its been 5-months Dr. obaisi refuse to treat me for my growing injury and nerve injury, now I cant sleep nor walk good dont got no pain medication. My May 23. 2011. situation is geting worse. my back and leg is in pain And I want to know why Dr. obaisi refuse to treat my injurys.

"PS please Sombody get me some medical treatment A.S.A.P. I'm in pain I cant sleep nor walk.

"Thank you"

Respectfully Requested

Michael Coleman
#B-08725
D/House cell 3-30

RECEIVED
OCT 2 8 2014
OFFICE OF
INMATE ISSUES

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 2-25-2014 | Offender: (Please Print) Michael Coleman | ID#: B-08725 |
|---|---|---|
| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [✓] "Medical Treatment"
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify) STA# ___ IDM2

- [ ] Disciplinary Report: _____
  Date of Report ___ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I pulled a grouling in my right leg 5-months ago and it hit a nerve in my back plus hip, Now I'm in extreme pain, I cant walk good nor sleep. And dont no medication work Dr. Mrs. Hindbay Davis- and Dr. ouwikote told me they cant do nothing And I need to see the medical Director Dr. Obaisi. I wrote Dr. Obaisi 4-request letters, plus Dr. Davis and Dr. ouwikote put me in to see him Yet he's

Relief Requested: I want Dr. Obaisi to gill me some madical treatment on my "grouling" leg- and "Back A.S.A.P And I want Dr Obaisi to treat me for the pain

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Michael Coleman | B-08725 | 2-25-2014 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: 2 / 26 / 14    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: A copy of this Grievance has been forwarded to the HCU for review and response and the original grievance has been forwarded to the Grievance Office. There is no need to send your copy to the Grievance Office or the Health Care Unit. You will receive a final response from the Grievance Office when the HCU responds to same.

| Z. Jefferson | | 2/26/14 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

### EMERGENCY REVIEW

Date Received: _____    Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____
Chief Administrative Officer's Signature

RECEIVED
OCT 2 8 2014
OFFICE OF
INMATE ISSUES

Distribution: Master File; Offender    Printed on Recycled Paper    DOC 0046 (8/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

And Dr. Obaisi have not giving me the results from the X-Ray I ~~Orand~~ received on my Right leg growing.

Warden Michael Magana can you please step in and order that I receive medical treatment On my Back/Right leg and growing A.S. AP

"P.S. →my Right leg & Back situation is geting worse my grow wont hill.

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

D-330

| | | |
|---|---|---|
| Date: 2-28-2014 | Offender: Michael Coleman (Please Print) | ID#: B-08725 |
| Present Facility: StateVille C.C. | Facility where grievance issue occurred: StateVille C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [✓] Medical Treatment
- [ ] Other (specify)
- [ ] ADA Disability Accommodation
- [ ] HIPAA

GRIEVANCE OFFICE
MAR 6 2014
768
STA#

GRIEVANCE OFFICE
MAR 26 2014
MI/6

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Mr. Warden michael Mngama Sir, I'm writing this grievance on "Wexford Health care Sources"/Health care provider And StateVille C.C. Health care Unit, "Dr. Arthur Funk" Regional medical Director. And medical Director "S. Obisi" And Mr. "Charles Tassoro", — I.D.O.C medical coordinator, for not having a Physical therapist in the Health care Unit Back in 12/21/2010 I had Surgery on my —

Relief Requested: I want my "Back" sciatic merve and pull grouting fix plus my right knee fix. And I want State-Ville C.C. to get a physical Therapist in they H.C.U.

- [✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Coleman  B-08725  2.28.2014
Offender's Signature       ID#       Date

(Continue on reverse side if necessary)

---

### Counselor's Response (If applicable)

Date Received: 3 / 14 / 14

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: A copy of this grievance has been forwarded to the HCU for review and response and the original grievance has been forwarded to the grievance office. There is no need to send your copy to the Grievance Office or Health Care Unit. You will receive a final response from the Grievance Office when the Health Care Unit responds to Same.

I. Jefferson
Print Counselor's Name       Counselor's Signature       3 / 15 / 14
Date of Response

---

### EMERGENCY REVIEW

Date Received: 3 / 10 / 14

Is this determined to be of an emergency nature?

- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Michael Ngara  W  3·10·14
Chief Administrative Officer's Signature       Date

RECEIVED
OCT 28 2014
OF
ISSUES

Right Knee. And the physician from U.I.C. medical Center sent Stateville C.C. medical Director a mandate to give me physical-Therapy. 5-months went by and I never did receive physical therapy. And Because of that lack of physical Therapy my right knee locked up at the top of the steps in F/House on 3-gallory and I fell down a flight of stairs injuring my "back" and re-injuring my Right knee.

Today is 2-28-2014 And my condition situation/injurys, to-my "Back" & Right knee has got worse. I have been diagnose with a Sciatic nerve-thats acheing from my back through my Right leg down to my ankle. And a pull growing in my Right leg that will not go away and a injured right knee with arthritis in it and I can not walk with out two Crutches. I'm in extreme pain I cant sleep and (dont no medication work.) And I have been begging all of the medical director's in Stateville C.C. And Wexford health care provider to fix my Back and Right leg knee. I have been diligently trying to obtain the appropriate medical attention necessary per my Constitutional right to Humane conditions However, thus far to no avail.

Again Somebody "please help me" I want my "Back-Right Leg- and Right knee" fix A.S.A I'm in pain I cant walk nor sleep and don no pain medication work. My condition and situation has gotten worse.

Stateville C.C. Health care unit do not have a physical Therapist Doctor at all. Stateville C.C. Health care unit do not run physical Therapy period. And thats a Volation-to patients like me And to every patient thats in Stateville C.C. thats done had Surgery and waiting on the physical therapy thats been mandated for them. Thats way I'm in the condition I'm in Because of no physical Therapy.

D330

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 3-8-2014   Offender: Michael Coleman   ID#: B-08725
Present Facility: StateVille C.C.   Facility where grievance issue occurred: StateVille C.C.

NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [✓] Medical Treatment
- [ ] Restoration of Good Time
- [ ] ADA Disability
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: _____ Date of Report

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):
On 10-21-2013 I was took to "St Joes hospital" where I receive a M.R.I on my right knee. Medical Director Dr. Salah Obaisi told me that him and Wexford health care provider approve me to go back out to U.I.C medical center to see the knee specialist who recommended the M.R.I so they can get the recommendation from the results of the new M.R.I. I receive on

Relief Requested: I want my "Back-fix" And I want my Right Knee-fix" And I want my pull growing in my right leg fix. And I want to go back

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Coleman   B-08725 3 8 2014
Offender's Signature   ID#   Date

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)

Date Received: 3 / 19 / 14
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of the facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: A copy of this grievance has been forwarded to the HCU for review and respond and the original grievance has been forwarded to the Grievance Office. There is no need to send your copy to the grievance office or the Health Care Unit. You will receive a final response from the grievance office when the Health Care Unit Responds to same.
T. Le Pharaon
Print Counselor's Name   Counselor's Signature

RECEIVED OCT 28 2014 OFFICE OF INMATE ISSUES

**EMERGENCY REVIEW**

Date Received: 3 / 12 / 14
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Michael Magana   3 12 14
Chief Administrative Officer's Signature   Date

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

on my Right Knee on 10-21-2013. yet I never
receive a M.R.I on my Back. I also have
the medical record where I had a X-Ray on my
Back ████ and its showing that my Back is
Degenerating → from my 5-23-2011 incident.

today is 3-8-2014 5-months later and I still
have not been out to see no Knee specialist
for no M.R.I recommendation.
    And my May 23.2011 incident/situation has
gotten worse from a lack of medical treatment

Now I have a "Sciatic" nerve thats "aching"
in my "Back" all the way down my "right leg"
to my "Ankle". And I have a "pull growing" in
my right leg that wont hill. And I have
"Athritis" in my right knee/a "split patella"
with a "Chronic sprain". And dont no medicati
work. And I'm I'm extreme pain I cant
walk with out two Crutches and I cant
sleep because I'm in pain.

I been trying to seek medical treatment
on my "Back"-"Right leg"-and "Right knee"
from Dr. Saleh Obaisi Hauetter, thus far, to
no avail.

            Again please help me
            I'm in pain, I cant
            walk nor sleep and
            dont no pain medics
            ████ ion work.

→ continued Relief requested. out to see the Knee
specialist at U.I.C medical center A.S.A.P
And I wont "Physical Therapy"

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

D330

| Date: 10-23-2014 | Offender: Michael Coleman | ID#: B-08735 |

GRIEVANCE OFFICE
NOV 11 2014
311

| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. |

STATE
NOV 25 2014
GRIEVANCE OFFICE
STATE M-BY

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [✓] Restoration of Good Time
- [✓] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify)

- [ ] Disciplinary Report: ____ / ____
       Date of Report      Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I went to the health care unit E.R. to see Doctor O'Boris about my "Chronic Right Knee pain" and "groin injury pain", on October 22, 2014. I told Dr. O'Boris my groin injury wont go away I'm in pain and I can not walk good, Dr. O'Boris told me to walk with out the crutches Dr. O'Boris seen that I could not walk good yet he "took my crutches", NOW I can't walk good I'm having problems getting around. ———→over

Relief Requested: I want my groin ~~and~~ groin injury fix I want to go back out to see the knee specialist for the recommendation from my M.R.I. And I want my crutch— back.

- [✓] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Coleman                    B-08735        10.23.2014
Offender's Signature               ID#            Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 11 / 24 / 14      [✓] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: The original grievance + a copy have been forwarded to the CO. There is no need to send your copy to the CO. or the HCU you will receive a final response from the CO when the HCU responds to same

J. Hossle                    JH          REC 11 21 14
Print Counselor's Name       Counselor's Signature    Date of Response

DEC 26 2014

---

**EMERGENCY REVIEW**

Date Received: 11 / 12 / 14      Is this determined to be of an emergency nature?
[ ] Yes; expedite emergency grievance
[✓] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Office Of:

Tary Williams                    11/12/14
Chief Administrative Officer's Signature          Date

---

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

Warden Terry Williams Sir, I have "Chronic Right Knee pain" and of "Chronic groin injury pain" and Dr. O'Basi know this, yet he still took my crutches, With out doing nothing about my injury's.

Warden Terry Williams Sir, I was sent out to see a Knee Specialist on 7/22/2013, the Knee Specialist at U.I.C medical Center, told me that my Right Knee is not well, and I need a new M.R.I, I had a new M.R.I, on 10/21/2013. And the Knee Specialist requested that "Dr. O'Basi" and "Wellford H.S." send me back to U.I.C medical Center for the recommendation, from the M.R.I today is 10/23/2014 yet I have not been back out to U.I.C medical Center to see the Knee Specialist, I been waiting to go out to "ortho" for over a year, my situation is geting worse, I have now develop a pull groin in my Right leg that will not heal, I'm in chronic pain and dont no medicate work, I can not walk good.

On october 22, 2014, I went to the E.R, to see Dr. O'Basi, And I told him about my pain and Right groin injury plus Knee pain, And I should Dr. O'Basi that I can not walk good With out my crutches, yet Dr. O'Basi took my crutches and put me out of his office.

Mr. Warden Terry Williams Sir, Can you please step in and see that I be sent out to "ortho" And that my Right knee and groin be fix A.S.P. And order Dr. O'Basi to give my "crutch" back.

"Thank You"

P.S. my crutches.
P.S. medical permit dont expiration until 7-17-2015

Respectfully Request

michael Coleman
#B-08725
D/House call 3-30

10/27/2014

For: Medical Director, Doctor O'Baisi, A.S.A.p

From: Michael Coleman #B08725 D/3-30

Dear Dr. O'Baisi, I'm writing you concerning my Right Knee is in pain, my situation is getting worse, I have a pull groin in my right leg that won't hill. I'm in pain and it won't hill my groin been like this for over 13 months. And don't no medication work, I can not walk good. Dr. O'Baisi Why did you take my Crutches. I told you over and over in your "office E.R." that I'm in pain, I can not walk good. You still took my crutches and told me to get out your office, on 10/22/2014.

I also went out to see a Knee Special-ist on 7/22/2013. At U.I.C medical Center, The physician at U.I.C medical Center told me that my Right Knee is not well and he gave me two shots in my Right Knee And recommended a new M.R.I on my Right Knee, And the physician at U.I.C Ask you Dr. O'Baisi To send me back out to U.I.C medical Center after the new M.R.I I received a new M.R.I on—

2

10/21/13 You Review M.R.I results on 11/12/2013
2013
and you know I have chronic knee pain.
today is 10/25/2014 yet ~~you~~ you have
not sent me back out to U.I. c
medical center to see the knee special-
ist, for the recommendation on my right
knee / M.R.I.

Dr. O'Brisi my "Right knee" and "groin"
is in pain I can not walk good and
again dont no medication work.
Why did you take my crutch??

"P.S I need a M.R.I on my groin area.

"
    "Thank you"
    Respectfully Requested
    Michael Coleman
    #B-0872S
    D/3-30.

P.S. Respond
     Soon.
you told me
to walk with out
the crutches I tried
and you seen that
I could not walk good. Yet you took my crutches

10/29/2014

To: (Medical Director) Dr. O'Baisi, A.S.A.P

From: Michael Coleman #B-08725 D/House cell 3-30

Dear: Dr. O'Baisi, My "Right Knee" and "Right groin" is in pain, And don't no medication work, on october 22, 2014. I beg you "5" time to please dont take my crutches but you took them anyways. (Now I cant Walk good.) I had a M.R.I done on my Right Knee on 10/21/2013. And the Knee Specialist requested that I be sent back out to U.I.C medical Center after the new M.R.I I had. So he can give you the recommendation. that was over a year ago, today is you told me I was approved to go to U.I.C medical Center on 5/5/14 and 5/12/14 to be seen by ortho. yet I have not been out to have no follow up, Dr.O'Baisi you know I have "Chronic knee pain" and "Chronic groin pain" and I cant Walk good Why did you take my crutches, I need a M.R.I on my groin, dont no medication work.

Michael Coleman
#B-08725
D/3-30

*this "5" goes to this
Crisis cc

D330  #1

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 11-11-2014 | Offender: Michael Coleman | ID#: B08725 |

Present Facility: StateVille CC    Facility where grievance issue occurred: StateVille C.C.

NATURE OF GRIEVANCE

- [ ] Personal Property
- [✓] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] ADA Disability & accommodation
- [ ] HIPAA
- [✓] Other: Chief - Administrative Officer's

Note: ...

Complete: Attach a copy of any pertinent document ...

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I'm Whiting this grievance on + Warden "Terry Williams" — Chief Administrative officer, And → Troy Johnson, Chief — Engineer of StateVille C.C. Johnson is currently legally responsible for the overall Institutional and housing units maintenance and Sanitation, And Warden → Assistant Warden "Calloway", And major "Lake" D-House major, And D-House 3:pm to 11:pm L.T "Samyels" And D-House 3:pm to 11:pm "Sergeant" that worked on November 10th 2014. They are all responsible for my →

Relief Requested: I want a X-Ray on my Back And a M.R.I on my Back A.S.Ap And I want my Back fix, plus I want the Rail on the Back of one gallary steps fix A.S.Ap (continued on

Michael Coleman                    B 08725    11 / 11 / 2014

(Continue on reverse side if necessary)

DEC 18 2014

---

**Counselor's Response** (if applicable)

| Date Received: 11 / 12 / 14 | [ ] Send directly to Grievance Officer | STAMP **4199** | [ ] Outside jurisdiction ... Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: Per Lt. Samelson — inmate dod fall on the back stairs going to the showers. Inmate was taken to the HCU and checked for inguries. Inmate was ~~treated~~ sent back to cell house. Work orders have been submitted on back steps

J. Kosseth                                    12 / 4 / 14

---

**EMERGENCY REVIEW**

| Date Received: | Is this determined to be of an emergency nature? | [ ] Yes, expedite emergency grievance |
| | | [ ] No, an emergency is not substantiated. ... |

RECEIVED

JAN 2 3 2015

ADMINISTRATIVE
REVIEW BOARD

F.3.

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

November 10th 2014 incident / fall down the steps over the rail from 3-gallery to 1-gallery on my "Back". Now I have a "Back" injury, my Back is in "pain" and it wont stop poppin and clicking. And dont no medic ion Work yet I can not-Sleep- becouse of "Back pain", And I can not-Walk good-because of "Backpain".

The "Chief Administrative officers + Wardens" And "Staffs" that I'm nameing in this grievance are all responsible for my "fall and Back" injury.

(I Michael Coleman have a medical Condition.) my "Right Knee" is not stable plus my "Right groin" injury wont hill. And I cant Walk good because of pain, plus Dr. O'Brai → Medical Director took my 2- Crutches on 10/22/2014. Even tho my medical permit is "Valent" and "dont expire" untill → 7/17/20 And I have a medical hold because I am approved on 5/5/2014. And 5/12/2014. to see a Knee Special ist

Warden "Terry Williams" Know plus have Knowle dge of my whole situation because I wrote a Emer gency grievance and inform him about the grievance is dated 10-23-2014. Grievance office STA# 3717. 11/11/20 Warden Terry Williams sent the grievance back to me on 11/12/2014 and told me my situation is NOT a emergency,

on November 10th 2014 at about 4:00 P.M. after 6 S/Sgt %officer "D-Young" started running shove at my cell 3-30, in D-House. I come out my cell and started "limp" Walking tward the Back of 3-gallery to go off of 3-to 1 one gallery to toke a shower, I walk off the back of 3-gallery onto one gallery steps fire escape holding on to the "Rail Banister" I took 5- steps and fall over Board to my left off the fire escape steps down to one gallery ground on my "Back", Before I fall I was reaching for the "Banister" "Rail" for support ("But it was on or if it Was Broke off and never replace, And officer "D-Young" Was right there with me, He Witness the whole incident, I couldent move my "Back" nor my "Nick" because I was in to much

JAN 2 3 2015

ADMINISTRATIVE

#3.

pain, Officer "D-Young" calls for a "C.M.T."
"Medtec" to come and get me, off the ground
With a "flat Bed" And took me to the health
care unit E.R.

#1 "Terry Williams" is the current Warden at
Stateville C.C. Warden Williams is current-
ly legally responsible for the over all —
institutional and housing Unit maintenance
and sanitation. Warden Williams Walk
up and down one gallery back steps.
over & over making rounds And he knew
or should have knew that over half of
the "Rail" "Banister" to the Back of one gall-
ery steps is gone, And has not been replace

("Warden "Calloway" And Warden #3 "Lamb")
the same as Warden #1 T. Williams they
all make rounds up and down the Back
of D-House one gallery steps And knew
or should have knew that over half of
the "Rail" "Banister" to the Back of one
gallery steps is gone, And has not been
replace.

JAN 2 3 2015
ADMINISTRATIVE
REVIEW BOARD

#4 "Tray Johnson" Chief Engineer of Stateville
C.C. Johnson is currently legally respon-

#4

sible for the overall institutional and hous-ing Units "Maintenance" and sanitation. Troy Johnson has been up and down the Back of 1one gallory steps befor and knew or should have knew that over half of the "Rail" "Banister" to the Back of one gallory steps is gone, And he should have receive a "Work order" years ago.

#5 D-House major→major "Loke", has been up and down the Back of 1one gallory steps over & over making rounds And knew or sho-uld have knew that over half of the "Rail" "Banister" to the Back of one gallory steps is gone, And has not been replace. And he should have put in a work order.

#6. D-House 3:p.m. to 11:p.m. L.T "Samuels" make rounds up and down the Back of D-House one gallory steps And knew or should have knew that over half of the "Rail" /"Banister" to the Back of one gallory steps is gone, And has not been replace, And he should have put in a work order.

RECEIVED JAN 2 3 2019 PRISONER CORRESPONDENCE VIEWED BY

#7 D-House 3:p.m. to 11:p.m. "Sergeant" that worked on November 10th 2014. made rounds up and down the Back of D-

Relief Continued, And I dont wont no retaliation
tacken against me for telling
the truth, sombody please help me
my Back is in pain.                                    # 5.

House one gallory steps And knew or should
have knew that over half of the "Rail"
"Banister" to the Back of one gallory steps
is gone, And has not been replace,
And he should have put in a work order.
They all knew or should have knew about
the "Biggest hazord" in Stateville prison
They all fell to secure my safety
in they prison, Causeing me "harm" and a
"Back injury", my Back is in pain and State-
Ville C.C. medical director refuse to treat
me with a X-Ray & M.R.T and Solution to
my Back problem, And Warden T. Williams refuse
to step in and make sure I receive medical care.
The "Chief Administrative officers→Warden", And
"Staffs" that I put in this grievance all
knew that "over half" of the Rail/Banister
"Safeguard" on the Back of one gallory-
steps is gone, because they all made roun-
ds, back there yet they took a Blind eye
to that hazord, and did not put in no Wor-
Korder to have it fix, leaving all the
inmate's in D-House at Risk. The accident
and injury that happen to me on 11/10/2014,
could have been prevented. And they still
running showers up and down the back of
one gallory steps with no Rail→Safeguard.

RECEIVED
JAN 2 2015
REGISTRATED
TECOLOED

Copy

11/16/2014

Dear: Mr. Louis Shicker Sir,
I'm writing you concerning the inadequate
medical treatment here in Stateville c.c. plus
the problems I'm having out of the medical
Director Dr. O'Baisi,
On November 10th 2014. at about 4:00 P.M.
after count officer D-Young Started running
Showers at my cell 3-30 in D-House, I
I come out my cell and started "limp Wal-
King" tward the Back of 3-gallory to go
off of 3-to one gallory to take a Shower,
and the reason I was limp-Walking is Be-
cause I have a pull groin in my right leg
that wont hill, plus my right knee is
in pain, And Dr. O'Baisi took my two
crutches on October 22, 2014. even after I
told him over & over my "groin plus knee" is in
pain, And I cant Walk good, I showd Dr.—
O'Baisi my "valent" crutch medical permit that
dont expir untill 7/15/2015. He Dr. O'Baisi
still took my crutches knowing I couldnt
Walk good. So on 11/10/2014, I was Walking
off the back of 3-gallory fire escape steps
holding on to the "Rail" in pain, I took
5-steps and fell over Board to my left off
the firescape steps down to one gallory
ground on my "Back" Before I fell I was

reaching for the Banister→Rail for support("But it Was gone") as if it Was Broke off and neve replace. And officer "D-Young" Was right ther With Me, He Witness the whole incident. I couldn't move my "Back" nor my "Nick" because I was in to much pain, officer "D-young" call for a C.M.T/medtec to come, get me, after abou "35" minutes two medtec's/c.M.T came and got me up off the ground With a "flat Bed" And Took me to the health care unit, E.R. Where Dr.- O'Baisi order one of the male Nurses. to give me a "Toradol "Shot in my Butt, plus the Nurse "female gave me two "Tynal 3" pain pills, And Dr. O'Baisi order the Nurse to put me in the Back of the hospital Where I stayed all- night until the next day→11/11/2014 until about one 1 O'clock When I was release and sent limping back to my cell house "Nick &- Back "plus "groin" still, in pain, Today is 11/16/14 and Dr. O'Baisi still have not done more fallow up nor no M.R.I / X-Ray on my "Back & Nick", I'm in so much pain I cant Walk-Sleep-nor move good, And dont no pain medication Work, plus something in my Lower Back is "poping" and "clicking everytime I move, yet Dr. O'Baisi has not did nothing for my "Back-Nick nor groin"

injury. And he refuse to answer any of m
request letters for help. 🦋 Mr. Shicker sir
can you please step in and help me by
making sure I receive a "M.R.I" on my
"Back" plus a "X-Ray" and the medical
care it takes for my Back to get Well.
I'm in pain.

"Thank you"

Mr. Louis Shicker Sir

Respectfully Requested

Michael Coleman
#B-08725
D/House cell 3-30

Michael Coleman
B-08725
P.BOX 112,
Joliet, Ill.
—60434—

P.S. please Respond.
A.S.A.P

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 11-16-2014 | Offender (Print name): Michael Coleman | ID#: B-08725 |
|---|---|---|
| Present Facility: StateVelle C.C. | Facility where grievance issue occurred: StateVelle C.C. |

### NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [✗] Restoration of Good Time
- [✗] Medical Treatment NOV 18 2014
- [ ] ADA Disability Accommodation
- [ ] Other (specify):

- [ ] Disciplinary Report: _____ / _____ / _____
                              Date of Report

STA # M734

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On November 10th 2014 at about 4:00 P.M. after count officer D-Young started running showers at my cell 3-30 in D-House, I came out my cell, and started "Limp" Walking twoard the back of 3-gallory to go off of 3-to one gallory to take a shower and the reason I was limp Walking is because I have a pulled groin in my right leg that Wont hill, plus my Right knee is in pain. And Dr. O'Bais took my two crutches on october 22.20[

Relief Requested: I want a X-Ray & M.R.I on my Back & Neck plus + I want my Back fixed. I want the Banister & rail on the Back of one [×××] gallory fire-escape steps fix, A.S.A P

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Coleman                    B-08725        11.16.2014
Offender's Signature                  ID#              Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

| Date Received: 11 / 17 / 14 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: The original grievance + a copy have been forwarded to the C/O. There is no need to send your copy to the C/O or the HCU. You will receive a final respose from the C/O when the HCU respond to them

J. Hossick _____        _____        11.17.14
Print Counselor's Name             Counselor's Signature        Date of Response

---

### EMERGENCY REVIEW

| Date Received: | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance. |
|---|---|---|
| | DEC 26 2014 | [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

Chief Administrative Officer's Signature        Date

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)



Even after I told him over & over my "groin plus Knee" is in pain, And I cont walk good, I showed Dr. O'Baisi my Valent Crutch medical permit that dont elpir untill → 7/17/2015. He Dr. O'Baisi still took my crutches knowing I couldn't walk good, So on 11/10/14 I was walking off the back of 3-gallery fine-escape steps holding on to the "Rail" in pain, I took 5-steps and fell over Board to my left off the fire-escape steps down to one gallery ground on my "Back". Before I fell I was reaching for the "Bonnite "Rail" for support (But it was gone") as if it was Broke off and never replace. And officer "D-Young" was right there with me, He witness the whole incident, I couldn't move my "Back nor my Neck" because I was in to much pain, officer D-Young call for a (C.M.T. medtec) to come got me, after about "35" minutes two medtec/C.M.T. come and got me up off the ground with a flat-Bed" And took me to the health care unit E.R. where Dr. O'Baisi order one of the male Nurse to gite me a "Toradol" shot in my Butt plus the Nurse "female" gaft the two TYnal-3 "pain pills, And Dr. O'Baisi order the Nurse to put me in the Back of the hospital where I stayed allnight untill the next day → 11-11-14 untill about one 1- o'clock when I was released sent limping back to my cell house "Neck & Back" plus groin still in pain, todays is → 11/16/2014 and Dr. O'Baisi still have not done no follow up nor M.R.I. nor X-ray on my "Back & Neck", I'm in so much pain I cant walk, sleep nor move good, And dont nor pain medication work, plus somthing in my Lower Back is; poping and clicking every time I move, yet Dr. O'Baisi has not did nothing for my "Back" "Neck" nor "groin" injury. And he refuse to answer any of my request letters for help. Officer D-Young and 4-Enmates Witness the whole incident on 11/10/2014. Warden Tarry Williams Sir please help me I'm in pain I cant sleep nor walk good, my back "and "Neck" is in pain, please step in and order that I get the medical treatment that it takes for my Back "Neck" & "groin" to get well and heil.

P. 3                                                    3.

On 11-12-2014, I was call to sick call by Nures "Kate" and she told me she can't help me because there is nothing she can do about my "Back & Nick" pain. She told me I need to see Dr. O'Baisi A.S.A.p And she told me Under my circumstances Dr. O'Baisi should have been done a follow up on my "Back & Nick". She went on to say she dont know what his problem is. Yet Dr. O'Baisi has not calld me nor answer none of my Request for help.

Michael Coleman
#B-08725
D/3-30

PS. Somebody
please help me
my "Back & Nick"
is in pain

RECEIVED

DEC 2 6 2014

Office Of Inmate Issues

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

D330

| Date: 11-26-2014 | Offender: (Please Print) Michael Coleman | ID#: B-08725 |
|---|---|---|

Present Facility: _____ | Facility where grievance issue occurred: _____

NATURE OF GRIEVANCE:

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report

- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator

- [ ] Restoration of Good Time
- [✓] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

_____ Date of Report _____   _____ Facility where issued _____

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 11-10-2014, I fell down a flight of steps and even the galleon on my Back. Two Medtecs/C.M.T and got me up off the ground with a "flat Bed" And took me to the health care unit E.R. Where Dr. O'Brisi order one of the male Nurses to give me a Toradol shot in my But for pain, And 2 Tynal pills for pain. And Dr. O'Brisi order the Nurse to put me in the Back of the hospital where I stayed all night until the next day!!!!

Relief Requested: I want a M.R.I. & X-Ray on my Back A.S.A.P. I want a follow up on my Back by Dr. O'Brisi, A.S.A.P.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Coleman                    B-08725 11-26-14
_____ Offender's Signature _____      ID#      Date

(Continue on reverse side if necessary)

---

### Counselor's Response (if applicable)

Date Received: 11 / 26 / 14    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: The original grievance + a copy have been forwarded to the C/O. There is no need to send your copy to the C/O or the HCU. You will receive a final response from the C/O when the HCU responds to same.

J. Hassell                    12-4-14
_____ Print Counselor's Name _____    _____ Counselor's Signature _____    _____ Date of Response _____

---

### EMERGENCY REVIEW

Date Received: _____   Is this determined to be of an emergency nature?
- [ ] Yes, expedite emergency grievance
- [ ] No, an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____ Chief Administrative Officer's Signature _____    _____ Date _____

untill about one 1 o'clock Where I was released and sent limping back to my cell, "Neck & Back" plus groin in pain,

Today is 11-26-2014. Over two weeks later and Dr. O'Boise still have not done no follow ups on my "Back" nor M.R.I nor no X-Ray on my Back. I have Wrote Dr. O'Boise more then 4-letters requesting help on my Back pain, But Dr. O'Boise refuse to answer yet I have not seen Dr. O'Boise, Nor receive no medical treatment on my Back, And I'm going through long "pain and "suffring",

On 11/22/14 I receive a pass for sick call, to see the R.N. But the Nurse refuse to treat me With medical care on my Back because I have not had no follow up on my Back injury since my fall on 11-10-2014. And the Nurse told me Dr. O'Boise, should have been done a follow-ups on my Back. And she dont Know Whats his hold up.

And I receive a pass on 11-24-2014. to go see Dr. O'Boise But he → "cancel" yet I'm still in the cell "Back & groin plus Neck in pains, And I cant sleep because of pain. Some in my Back is Broke, please help.

D-330

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| | |
|---|---|
| Date: 12-29-2014 | Offender: (Please Print) Michael Coleman | ID#: B-08725 |
| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify):

- [ ] Disciplinary Report: _____
  Date of Report _____ Facility where issued

Note. Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  Chief Administrative Officer, only if EMERGENCY grievance.
  Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

"On 12/28/2014, I Sign the Sick call request list on the Wall" in D-House requesting medical Assistance on my injured "Back",

on 12/29/2014, Doctor "O'Brisi" — Nurse "Windy" And Nurse "Kaydie", came to D/House and called out a number of inmates for sick call medical assistance, officer Facyion come to my Cell and took me off 3-gallory down to one gallory.

Relief Requested: I Want Dr. O'Brisi" to give me a X-Ray & M.R.I on my Back plus fix my Back and give me some pain medication. And answer my request "Help"

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Coleman          B-08725   12.29.2014
Offender's Signature

(Continue on reverse side if necessary)

GRIEVANCE OFFICE
JAN 09 2015
STAGE [stamp]

---

**Counselor's Response** (if applicable)

Date Received: 1.2.15   [ ] Send directly to Grievance Officer   [ ] Outside [illegible] Springfield, IL 62794-9277

Response: The original grievance + a copy have been forwarded to the C/O. There is no need to send your copy to the C/O or the HCU. You will receive a final response from the C/O when the HCU responds, to some.

J. Hassink
Print Counselor's Name

Counselor's Signature       1.U.15
Date of Response

---

**EMERGENCY REVIEW**

Date Received: _____ / _____ / _____   Is this determined to be of an emergency nature?
  [ ] Yes, expedite emergency grievance
  [ ] No, an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____
Chief Administrative Officer's Signature                    Date

RECEIVED

FEB 2 0 2015

ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

To Sick Call. When I got down to 1-gallory and tried to walk in the sick call room where (Dr. O'Baisi and Nurse Kaydia) was at Nurse Windy refuse to let me come in I told her my Back is injured and I'm in pain, yet still "Nurse Windy" and "Dr. O'Baisi") Refuse to give me medical treatment, And pack up all the medical equipment And left exit of the side door through F-House.

And then "Nurse Kaydie" call me in the D/House medical room And ask me Whats the problem, I told "Nurse Kaydie" I fell down one gallory back steps over the rail on my Back on 11-10-2014 And injured my Back plus "Hick" And I'm in pain, I need help plus I told "Nurse Kaydie" That I Wrote Dr. O'Baisi over "4" letters requesting help on my Back and he refuse to answer any of my request for help. I hasen't had no followup nor seen Dr. O'Baisi since I fell down the steps on 11-10-2014.

"Nurse Kaydia" inform me that She is "just" a Nurse and there is nothing she can do for my "Back"-"Hick" & "Groin, And She told me I got to wait to see Dr. O'Baisi, And then Nurse Kaydie told me to sign a money Voucher for $5 - just for comeing in the sick call room to see her. I inform "Nurse Kaydie" that my Back injury was declared a emergency And I stayed in the health care unit for today yet I have not seen Dr. O'Baisi for no followup nor for my Back injury, pain yet "Nurse Kaydie" told me to sign a money Voucher for $5 for just talking to her and she told me no she is not go help me, And again she ask me for $5 or sign a refuse And get out her office. I told Nurse Kaydie I am not refusing medical assistance I Won't help "Nurse Kaydie" put me out of the sick call room. And refuse to give me medical treatment today is 12-29-2014 And I'm still in pain with a Back injury, I have not seen Dr. O'Baisi since I fell down the steps on 11-10-2014. And Dr. O'Baisi refuse to answer any of my request for help. → Relief And I want medical, assistance from "Nurse Kaydia" and "Nurse Windy".

1-10-2015

Dear Dr O'Baisi,
I'm writing you concerning my Back injury, I'm in pain I can't sleep nor walk good, I need help.

Dr O'Baisi Sir I fell down a flight and over a rail and injured/Hurt my "Back", on 11/10/2014. And I don't have no pain medication, you have knowledge of my situation plus injury because you seen me the first day I fell. And I have wrote you over 10→ letters requesting help for my Back injury yet you have not respond to my cry for help, you have not done no follow up since I fell, Something in my Back is popin→ & Clicking: again I don't have no pain medication, you have not given me no → X-Ray nor M.R.I on my Back since I fell on 11-10-2014 You have not done anything sir for my Back injury, Why do you refuse to help me? Why do you refuse to answer "me" and my "family" When we try to contact you??? Its yet to be answer, Again Sir I'm in pain my "Back" hurting-popin and clicking, I need help, please Respond→

soon, my Back is in pain from my fall down the steps → "injury" it's been over 2-months since I injured my "Back". And I have not receive no medical treatment.

"Respectfully Requested"

Michael Coleman

# B-08725

D/House cell 3-30

please help I'm in pain



**Illinois**
Department of
# Corrections

**BRUCE RAUNER**
Governor

**Donald Stolworthy**
**Director**

---

1301 Concordia Court / P.O. Box 19277 / Springfield IL 62794-9277 / Telephone: (217) 558-2200 / TDD: (800) 526-0844

Offender Name: _Coleman, Michael_  Date: _5/27/15_

Register # _B08725_

Facility: _Stateville CC_

This is in response to your grievance received on _2/23/15 e_ / _4/1/15_. This office has determined the issue will be addressed without a formal hearing. Review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

Your issue regarding: Grievance dated: _11/24/14 e_ / _1/15/15_ Grievance Number: _M818 e_ / _H 115_ Griev Loc: _Stateville_

- ○ Transfer denied by the Facility or Transfer Coordinator
- ○ Dietary _____
- ○ Personal Property _____
- ○ Mailroom/Publications _____
- ○ Assignment (job, cell) _____

- ○ Commissary _____
- ○ Trust Fund _____
- ○ Conditions (cell conditions, cleaning supplies)
- ○ Disciplinary Report dated _____
  Incident # _____
- ⊘ Other _Medical - Requests treatment and an MRI_

**Based on a review of all available information, this office has determined your grievance to be:**

- ○ Affirmed, Warden _____ is advised to provide a written response of corrective action to this office by _____
- ○ Denied, in accordance with DR504F, this is an administrative decision.
- ○ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ○ Denied in accordance with AD05.03.103A (Monetary Compensation for Inmate Assignments)
- ○ Denied, as the transfer denial by the facility/TCO on _____ was reviewed in accordance with _____ transfer procedures and is an administrative decision.
- ○ In addition, property items are to be disposed of in accordance with DR501C.

- ○ Denied as the facility is following the procedures outlined in DR525.
- ○ Denied as Cell Assignment/Housing is consistent with the Department's determination of the appropriate Operational capacity of each facility.
- ○ Denied as procedures were followed in accordance with DR 420 for removal/denial of an offender from/for an assignment.
- ○ Denied as this office finds no violation of the offender's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offender committed the offense cited in the report.
- ○ Denied as the security staff are following the established schedule for dispensing cleaning supplies to the offender when possible.

⊘ Other: _Offender had an MRI on 5/4/15 and diagnosed_
_with muscular strain involving distal gluteal insertion_

FOR THE BOARD: _Leslie McCarty_  CONCURRED: _S Stolworthy_
Leslie McCarty                                    Donald Stolworthy
Administrative Review Board                       Director
                                                  6/9/15

CC: Warden: _Stateville_ Correctional Center
_Coleman, Michael_, Register No. _B08725_

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

D35D

| Grievance Officer's Report | |
|---|---|

Date Received: 2/19/15

Date Reviewed: 3/6/15

Grievance # H115

Committed Person: Coleman        ID# B08725

**Nature of Grievance:** Medical Treatment

**Facts Reviewed:** THE GRIEVANT COMPLAINS OF BEING DENIED PROPER MEDICAL TREATMENT

Per I Sangster LPN after a REVIEW OF THE MEDICAL RECORD

AFTER REVIEWING THE OFFENDERS MEDICAL RECORDS: THE OFFENDER WAS PRESCRIBED PAIN MEDICATION AS WELL AS RECEIVE STEROID INJECTIONS. HE WAS SEEN BY ORTHO 1/5/2015 AND HAS BEEN APPROVED TO HAVE AN MRI.

All policies and procedures followed in accordance with A.D.s and I. D.s

*This Grievance Officer has no medical expertise or authority to contradict the doctor's/DON's/RN's recommendation / diagnosis.*

**Recommendation:** **No action as grievant appears to be receiving appropriate medical care at this time.**

JILL PARRISH CC2
Print Grievance Officer's Name
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | |
|---|---|

Date Received: 3/16/15     ☑ I concur   ☐ I do not concur   ☐ Remand

RECEIVED APR 0 1 2015 ADMINISTRATIVE REVIEW BOARD

Comments:

Chief Administrative Officer's Signature     3/17/15

| Committed Person's Appeal To The Director | |
|---|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Michael Coleman    B-08725    3-25-2015
Committed Person's Signature      ID#        Date

Distribution:   Master File; Committed Person        Page 1        DOC 0047 (Eff. 10/2001)
(Replaces DC 5657)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 1-15-2015 | Offender: (Please Print) Michael Coleman | ID#: B-08735 |
|---|---|---|
| Present Facility: StateVille CC | Facility where grievance issue occurred: StateVille CC |  |

**NATURE OF GRIEVANCE:**

| ☐ Personal Property | ☐ Mail Handling | ☐ Restoration of Good Time | ☐ ADA Disability Accommodation |
|---|---|---|---|
| ☐ Staff Conduct | ☐ Dietary | ☑ Medical Treatment | ☐ HIPAA |
| ☐ Transfer Denial by Facility | ☐ Transfer Denial by Transfer Coordinator | | ☐ Other (specify): |

☐ Disciplinary Report: _____ / _____
         Date of Report     Facility where issued

FEB 19 2015

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Dear Warden Terry Williams; I'm writing you concerning → Medical Director Dr. O'Boisi, I fell down a flight of steps and after a Fall injuring my "Back" on November 10, 2014 I was held in the Health Care Unit, over night and release the next day 11-11-2014 without a X-Ray on my "Back" without a M.R.I on my "Back" and without a Check up on my "Back" and Body, I have not—

Relief Requested: I want medical treatment from Dr. O'Boisi on my "Back", I want a M.R.I & X-Ray on my "Back" plus I want my "Back" fix and some for the pain

☑ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Coleman     B-08735     1, 15, 2015
Offender's Signature     ID#     Date

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) | |
|---|---|
| Date Received: 2, 17, 15 | ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: The original grievance + a copy have been forwarded to the G/O. There is no need to send your copy to the G/O or the HCU. You will receive a final response from the G/O when the HCU response to same

J. Hosselle       [signature]       2, 17, 15
Print Counselor's Name     Counselor's Signature     Date of Response

---

| **EMERGENCY REVIEW** | |
|---|---|
| Date Received: 2, 3, 15 | Is this determined to be of an emergency nature?   ☐ Yes; expedite emergency grievance   ☑ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

Terry Williams 448     2, 4, 15
Chief Administrative Officer's Signature     Date

RECEIVED

Printed on Recycled Paper

APR 0 1 2015

ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

been Dr. O'Baisi since, I fell down the steps and over a nail, on 11-18-2014. My "Back" is in Extreme pain. Something in my "Back" is popping and clicking, (I'm in so much pain I can not sleep nor walk good.) And I don't have no pain medication.

Warden Terry Williams, Sir, I have wrote Dr. O'Baisi 7-letters requesting medical help on my "Back" One letter on 11-13-2014 - One 11-17-2014-one on 12-1-2014 - one on 12-9-2014 - one on 12-15-2014 - one on 12-24-2014 And one on 1-10-2015 plus, this is my 4th "Grievance", I done wrote on Dr. O'Baisi about this, situation requesting medical help (treatment on my "Back" _____ yet to no avail.") All of my letters to Dr. O'Baisi requesting help has been ignored. And Efter grievance I write on Dr. O'Baisi the ____ Health care Unit refuse to answer them, ____ Today is, 1-15-2015 it's been over two months, since I fell down a flight of stairs and over a nail injuring my Back" yet Dr. O'Baisi have not answer none of my letters nor grievances) requesting medical help on my "Back", Nor have Dr. O'Baisi done no follow ups on my "Back", No X-ray on my "Back" and no M.R.I. on my "Back", my cry for help has falling on death Ears.

Again → Warden Terry Williams → Can you please Step in and demand that, I receive medical treatment on my "Back" A.S.A.P. its been over two months since I fell and injured my "Back" - I'm in pain some in my "Back" (pain and clicking) I can't walk good please help.

Warden Terry Williams Sir its my understanding that the Stateville Correctional Center Health care Unit - offender Bill of Rights Reads → The Stateville c.c. Health care unit affirms, as department policy, the following rights (responsibilities of offenders requesting health care services, it is the ___ purpose of this policy to assure; "all offenders patients are treated in a manner that 'recognized" than basic human rights. This policy is also directed as establishing an atmosphere of trust ____

#3.

between the offender and the health care provider. It is the responsibility of the Health care Unit Administrator to oversee the provisions of this policy.

#1. Access to all health care services determined to be medically appropriate. Services provided are Without discrimination as to race color, religion, Sex, national origin, political belief, handicap, or custody status.

#2. Treatment With dignity and respect. Consideration given to cultural, psychosocial, Spiritual, and personal Values.

#3. Continuity of care Within applicable laws and policies, Which ~~either~~ govern the Stateville C.C. health Care Unit, and Within the resources available. Services beyond the capability of the Health care Unit are provided through appropriate Community resources.

RECEIVED

APR 0 1 2015

ADMINISTRATIVE
REVIEW BOARD

#7. Effective communication and access to information regarding your diagnosis, treatment, and the expected outcome. When concern for your health makes it in-

#4.

advisble to give such information, the
information will be made available to
an individual designated, by you, or to
a legally *authorized individual.

#17. Responsibilities:
D. → Submit requests for care ~~ass~~ as out-
lined in your orientation to the health
care Unit.

C. → Reporting of injury in a timely manner

Warden, Terry Williams Sir I have
demonstrated additional steps out of your
offender orientation manual Department
Rule 415, Health care. (Offender Bill of
Rights) I have diligently tried to obtain
the appropriate medical attention
necessary per my constitutional Right
to "Humane Conditions". However
for, to no avail.

The Stateville C.C. medical director
Dr. O'Boise has fell way below the
department rule 415 Health care Offen-
der Bill of Rights. And him plus Well-
ford Health Sources INc. need to be

RECEIVED
APR 0 1 2015
ADMINISTRATIVE
REVIEW BOARD

#5.

investigated. And under no circumstances should the "Breaken" / "Violating" The Rule 415 Health care Bill of Rights be ("Tolerated. Not CONDONE.")

Again please help me By steping in and making sure I receive medical treatment on my "Back".

"Thank you"

Respectfully Requested

Michael Coleman

"PS. please Respond soon

RECEIVED

APR 0 1 2015

ADMINISTRATIVE
REVIEW BOARD

2/8/2015

Dear Dr. O'Baisi,

I'm Writing you concerning What you told me, the last time I seen you on 1/22/2015 in the "health care unit-4 c". I already had received A-X-ray on my Right Knee & Hip/groin. And you told me your going to speed my whole process up so I can get the medical treatment that was mandated/requested for me by the physician at U.I.C. medical center on 1/5/2015 So you can send me back out to U.I.C. medical center for the M.R.I. on my Right "Knee & groin" A.S.A.P Dr. O'Baisi sir Today is 2/8/15. And I still have not Went back out to U.I.C medical center for the M.R.I. on my groin/Hip And Right Knee, I'm in pain my groin & Knee Will not heal, Whats the hold up? please send me back out to U.I.C so I can get the treatment I need to get Well & heal, A.S.A.P

Dr. O'Baisi that Shot you gave me on 1-22-15 in my groin plus the medication did not Work I'm still in pain, Sir Why do I have to Keep Writing all those "letters" plus "Grievances" Requesting

2/11/2015

Dear Dr. Arthur Funk Sir,
I'm writing you concerning my problem
in Statesville C.C.
On November 10th 2014. at about 4:04p
after count officer % J. D. Young was runn-
ing showers on "3" gallow and he started
at my cell 3-30 in D/House, I limp
walk all the way down 3-gallow to
the back of 3-gallow steps togo on
one gallow when my right leg went
out and I fell down a "flight of steps"
and over the "rail" down on one gallow
injuring my "Back" - officer % J. D.Young
call for a "C.M.T. & Medtec to come
get me off the floor, two Medtec's
came and got me off the one gallow
floor "40 minute latter and took me
to the health care Unit where Dr. -
O'Baisi gave me one shot for pain
and put me in the Back of the health
care unit where I stayd over night
I told Dr. O'Baisi over & over about
11-times some in my Back is Broke,
yet I was release from the health
care unit the next day 11-11-2014. With
out seeing Dr. O'Baisi and with out mo
M.R.I nor X-Ray nor check up on

Medical help? You Know Whats Wrong
With me, Why come (you and Welford) Wont
just send me back out to u.I.c medi-
ical center like the physician mandated
and have my Knee-groin and Back fix?

And again sir Why do you refuse to do
nothing about my "Back" injury 11/19/2014

Dr. O'Baisi sir→ fix my Knee groin" and
"Back" injury, Ill never write you and
Welford again, I'm in pain Sir I need
help I cant sleep nor Walk good!

"Thank you"

Respectfully Requested

Michael Coleman

#B-08725
D/3-30

"P.S. Please
Respond
Sir, And
send me
Backout
to get free
M.R.I

OFFICIAL SEAL
JILL E HOSSEION
NOTARY PUBLIC, STATE OF ILLINOIS
KANKAKEE COUNTY
MY COMMISSION EXPIRES: 5/31/2017

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 12 DAY February , 2015

NOTARY PUBLIC

Michael Coleman      #B-08725
AFFIANT

my "Back"; and no pain medication, I was sent limp walking back to my cell house. I done wrote Dr. O'Baisi "8" letter's at less once requesting a follow up on my "Back injury" plus "4" grievances requesting help on my "injured Back" that happen on 11-10-2014. leting him know he has not done no follow up since I fell on 11-10-2014. And some in my "Back"; is popen & clicking, yet Dr. O'Baisi refuse to answer any of my ("letter's & grievances") requesting help on my "Back" injury. Its been over two months and Dr. O'Baisi has not done no follow up on my "Back injury," I'm in so much pain I cant walk good nor sleep, I seen Dr. O'Baisi on 1-20-2015. he called me to the health care unit E.R. about my Right "leg" & Right "knee" "groin", I told Dr. O'Baisi over & over about my Back pain and injury that happen on 11-10-2014 and I let him know some in my "Back" is; popen plus clicking; Dr. O'Baisi still refuse to address anything about my Back and told me when ever I go out to U.I.C medical center tell them, Dr. Arthur Funk Sir can you

Please step in and see that I receive medical treatment on my injured "Back" A.S.Ap. I'm in pain I can't sleep nor Walk good some in my "Back" poping & "Clicking" and I don't have no pain medication. Sir I need a M.R.I & X-Ray on my "Back". I been laying in the cell in pain over Two months, Again Dr. Arthur Funk Sir please help me.

"Thank you" Sir

Respectfully Requested

SUBSCRIBED AND SWORN TO BEFORE ME
This 17th DAY February, 20 15

NOTARY PUBLIC

OFFICIAL SEAL
JILL E HOSSELTON
NOTARY PUBLIC, STATE OF ILLINOIS
KANKAKEE COUNTY
MY COMMISSION EXPIRES: 5/31/2017

Michael Coleman
# B-08725
Jolit, Ill. 60434-
(StateVille C.C.)

"P.S. Please Respond Soon.

Michael Coleman #B-08725
AFFIANT

4/22/2015

Dear: Dr. O'Baisi Sir

I'm Writing you concerning my "Lower Back". I fell down a flight of Steps and over a rail injuring my Back on 11/10/2014. Every since then I've been in extreme pain. Something in my Lower "Back" is popin & clicking. And I don't have no pain medication for my "Back" pain. And the pain medication you give me for my (Groin injury in my right leg) do not work on my "Back". Dr. O'Baisi everytime I see you I tell you about my 11/10/2014 incident and how much pain I'm in, yet you refuse to treat me for my "injured Back". I have wrote you over "7" "letters" and "4-grievances", yet again you refuse to treat me for my "injured Back" Dr. O'Baisi my "Back" is in so much pain I cant sleep—Nor Walk good. Can you please give me a M.R.I. on my Lower "Back" A.S.A.P. from the time I injured my "Back" on 11/10/2014 to now 4/22/15 you have not done nothing for my "injured Back"

SUBSCRIBED AND SWORN TO BEFORE ME    Michael Coleman
This 23rd Day April .2015      AFFIANT
Karen Marie Rabideau
NOTARY PUBLIC

KAREN MARIE RABIDEAU
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 29, 2015

STATE OF ILLINOIS )
 ) SS
COUNTY OF WiLL )



## AFFIDAVIT

I, Michael Coleman being first duly sworn under oath depose and state that the foregoing is true and correct and made upon my personal knowledge and I am competent to testify thereto.

On 11/10/2014. I Michael Coleman #B08725 fell down a flight of steps and off the gallery injuring my "Lower Back". When I fell down the steps there was no Rail/Banister Safeguard on the Back of one gallery steps to stop my fall causing me to fall off the gallery on my "Back" injuring my "Back", over half of the Rail/Banister Safeguard on the back of one gallery is gone removed as if it was took off and never replace, So I wrote a grievance dated 11/11/201 Relief Requested: in part that the Rail Safeguard on the Back of one gallery steps be replace "ful "A.S.A And I sent that grievance to the grievance office, And I receive a response from the grievance officer's "Ms Anna Mc Bee. CCII" dated 1/12/2015 Stating → Grievant is advised if the stairs still need repair to report some to the unit "Sergeant" or "Lieutant" so appropriate paperwork can be generate And Ms Anna Mc Bee. CCII Recommendation: No-action. And Chief Administrative officers Response

PAGE 2

Worden Tony Williams he : concur : With Ms. Mc Bee Recommendation : No action. Ms. Anna McBee, refuse to do her "Job" by contact D/House "Sergeant & Lieutenant" and takeing the right procedure insted she Want me to do her "Job". Warden Tony Williams and Grievances officer's Ann McBee refuse to Recommend that the D/House one gallery Back steps (Rail-Banister - Safeguard) be replace & fix. they refuse to order D/House "Sergeant" & "Lieutenant "to put a Workorder in to have the steps ~~Rail~~ Rail replace. It is the "Biggest hazard" in Stateville prison and Over 300 inmates" is at risk everyday becau the cell house Sgt & L.T. is running Showers every day up and ~~the~~ Down the back of one gallery ster With no "Rail/Safeguard." I fell over Board off one gallery injuring my "Back" on 11/10/2014. toda is 4/23/2015. And the Back of one gallery step Rail / Banister still has not been fix-replace. the injury to my "Lower Back" could have been prevented i they would do they Job.

Michael Coleman #B-08725

AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 23rd DAY April , 20 15

Karen Marie Rabideau
NOTARY PUBLIC



KAREN MARIE RABIDEAU
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 29, 2015

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 4-27-2015   Offender: Michael Coleman   ID#: B-08725

Present Facility: StateVille c.c.   Facility where grievance issue occurred: StateVille c.c.

NATURE OF GRIEVANCE

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [✓] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other

**H397**

MAY 1 1 2015

- [ ] Disciplinary Report _____ Date of Report

**Summary of Grievance**

I Michael Coleman pull a Groin in my right leg over 18 months, And it Will not heal, I'm in "extreme pain" 24-hours a day, I cant Walk good nor sleep - nor sit down nor sit up, I cant even laydown, Dr. O'Boisi has given me all kinds of pain medication for my Right groin and steroid injections in my Right groin but dont noting work, I Went to U.I.C medical center on 1/5/2015 to see the 

**Relief Requested:** I Want a M.R.I on my Right groin and "Knee" A.S.Ap And I Want my groin fix I Want to be sent back out to U.I.C. A.S.A.p "please"

Michael Coleman   B-08725 4 27 2015   4/27/2015

**Counselor's Response**

Date Received: 4 29 15

Response: The original grievance has been given to the Grievance Office and a copy has been forwarded to the Health Care Unit for review and response. You will receive a response from the Grievance Office when the Health Care Unit responds to same.

David Mansfield CC2   David Mansfield CC2 4 29 15

**EMERGENCY REVIEW**

Page 1

ILLINOIS DEPARTMENT OF CORRECTIONS
OFFENDER'S GRIEVANCE (Continued)

Knee specialist "Ortho" and I was approve by the Doctor at U.I.C medical center for a M.R.I on my groin, today is 4-21-2015 and I still have not been sent back out to U.I.C medical center for no M.R.I

Again my groin is in "Extreme pain" And dont no (shots nor medication work,) its been like this for over 18-months and has got worse, Dr. O'Boui know all about my injure and refuse to do anything about it, I'm in my 8 cell suffering everyday,

I want to be sent out to U.I.C medical center A.S.A.P and I want a M.R.I on my right groin plus I want my groin fix, Somebody please help me A.S.A.P

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

D-350

| Date: 12-10-2015 | Offender: (Please Print) Michael Coleman | ID#: B-08735 |
|---|---|---|

| Present Facility: Stateville C.C. | Facility where grievance Issue occurred: Stateville C.C. |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [x] Restoration of Good Time
- [x] Medical Treatment
- [ ] HIPAA
- [ ] ADA Disability Accommodation
- [ ] Other (specify):

5063

GRIEVANCE Welford
HC-B 05

Date of Report ___/___/___    Facility where issued    JAN 13 2016

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to: All ___ 53

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I am Writing you this grievance, on Dr. O'Boisa the medical director in Stateville C.C. on 11-10-2014. I fell down a flight of steps and over a rail/Banister tearing a muscle in my Right Hip and a ligament in my Right Knee, plus injuring my Back, Dr. O'Bois have knowledge of my injurys and condition because he need the M.R.I. I recieved on 5-4-2014. that U.I.c medical center for to,

**Relief Requested:** I Want Dr. O'Bois and Welford to send me Back out to U.I.c medical center and have my Right Hip-Right Knee & Back FIX A.S.A.P

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Coleman          B-08725     12, 10, 2015
Offender's Signature          ID#          Date

(Continue on reverse side if necessary)

---

**Counselor's Response** (if applicable)

| Date Received: 1, 07, 16 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

Response: The original grievance has been given to the Grievance Office and a copy has been forwarded to the Health Care Unit for review and response. You will receive a final response from the Grievance Office when the Health Care Unit responds to same.

David Mansfield Cc2          David Mansfield Cc2     1, 11, 16
Print Counselor's Name          Counselor's Signature          Date of Response

---

**EMERGENCY REVIEW**

| Date Received: 12, 30, 15 | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

RECEIVED
FEB 1 0 2016
Chief Administrative Officer's Signature          12, 31, 15
Date

ADMINISTRATIVE REVIEW

Distribution: Master File; Offender          Page 1          DOC 0046 (8/2012)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

him. yet, Dr. O'Brisi And Welford has not done nothing for my injured "Back" - "Right Knee" nor "Right Hip." I'm enduring long pain, and suffering i can not walk and no sleep nor sit down because of my injuries/pain. And don't, no medication Work.

The U.I.C. medical Center, Doctors, told me they can fix my injuries, plus the plan they have to do it, if Dr. O'Brisi send me back out to U.I.C medical Center, to them. that i been even 8-months ago yet, Dr. O'Brisi and Welford has not sent me back to U.I.C medical Center.

And the long pain and suffering to my Right "Back-Hip & Knee" is causing my Right foot Right foot to go out and will not. I'm in extreme pain, and don't, no medication Work.

Sombody please, stop in and help me my "Back" - "Right" Knee and "Right Hip" is Killing me.

" Thank You "

Respectfully Requested

Michael Coleman
#B-08725
D/3-50

ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

D350

| | | |
|---|---|---|
| Date: 12-22-2015 | Offender: (Please Print) Michael Coleman | IDe: B-08725 |
| Present Facility: | | Facility where grievance issue occurred: |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [✓] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA HIV/Aids
- [✓] Other (specify): Wardon

- [ ] Disciplinary Report: _____ / _____
  Date of Report                     Facility where issued

Note:    Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    Chief Administrative Officer, only if EMERGENCY grievance.
    Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
    administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
    Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information
for each person involved):

I'm Whiting this grievance on Dr. O'Basi,
on 11-10-2014 I fell down a "flight of steps
and over a rail" injuring my "Back - Hip and
Right Knee" Now I'm waiting on surgery to
my Right Knee & Hips I'm in "Extreme, intense"
"Chronic pain" to my "Back - Hip - and Right Knee"
I can not walk good nor sleep, nor sit down
and don't no pain medication work. I'm
reexperiencing long pain and suffering. And -

Relief Requested: I want Dr. O'Basi - Wexford - and the
Statesville Ward to send me out to U.I.C.
medical center and fix my Right Knee Hip & Back.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| | | |
|---|---|---|
| Michael Coleman | B-08725 | 12,22,2015 |
| Offender's Signature | IDe | Date |

(Continue on reverse side if necessary)

---

| **Counselor's Response** (if applicable) | |
|---|---|
| Date Received: 12 , 23 , 15 | [ ] Send directly to Grievance Officer     [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |

Response: The original grievance + a copy have been forwarded
to the C/o There is no need to send your copy
to the C/o or the HCU. You will receive the final
response from the C/o when the HCU responds to
same.

| | | |
|---|---|---|
| T. Hassell | [signature] | 12,22,15 |
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

| RECEIVED | **EMERGENCY REVIEW** | |
|---|---|---|
| Date Received: FEB 10 2019 | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
| ADMINISTRATIVE REVIEW BOARD | | |
| | Chief Administrative Officer's Signature | _____ / _____ / _____ Date |

---

Distribution:  Master File; Offender                      Page 1                      DOC 0046 (8/2012)

Printed on Recycled Paper

Dr. O'Brien plus the Warden of Stateville have
knowledge of my long pain and suffering,
yet they refuse to do anything about my
conditions.
I have inform Dr. O'Brien and the Warden
after & after yet, no help, plus Dr. O'Brien
read the M.R.I report I had in May. 2015.

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 1-2-2017 | Offender: (Please Print) Michael Coleman | ID#: B-08725 |
| --- | --- | --- |
| Present Facility: Stateville C.C. | Facility where grievance issue occurred: Stateville C.C. | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): Dr. O'Brien

- [ ] Disciplinary Report: _____ / _____ / _____
  Date of Report      Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

  **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
  **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
  **Chief Administrative Officer,** only if EMERGENCY grievance.
  **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 10-34-2016 I went to the Health care Unit to see Dr. O'Brien about my Chronic pain in my "Lower Back" "right hip" and Right knee. → On 11-10-2016, I fell down a flight of steps and "over" off the steps down to one gallery, tearing a muscle in my Right hip, and a ligament in my Right knee. Plus, I injured my Back. Dr. O'Brien have knowledge of my condition, yet Weekend—

**Relief Requested:** I want my Right Hip, and knee, plus Back fix A.S.A.P. I want to be sent back out to U.I.C medical center, A.S.A.P

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Coleman    B08725    1, 2, 17
Offender's Signature     ID#     Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: _____ / _____ / _____ | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
| --- | --- | --- |

Response: _____

_____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response _____ / _____ / _____ |
| --- | --- | --- |

---

**EMERGENCY REVIEW**

| Date Received: 1, 13, 17 | Is this determined to be an emergency nature? | [x] Yes; expedite emergency grievance |
| --- | --- | --- |
| | schedule for nurse sick call | [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |

Chief Administrative Officer's Signature     Date 1, 13, 17

---

Printed on Recycled Paper

U.I.C medical center—and Dr. O'Baise refuse to do anything about my conditions.

I injured my self over 2-Years ago Dr. O'Baise told me "40-times" over that U.I.C medical center Doctors was going to fix my Hip & Knee. plus U.I.C medical Doctors gave Dr. O'Baise a plan showing him how they can—fix my Hip & Right Knee if Dr. O'Baise send me back out to U.I.C medical center. Its been over a year, yet Dr. O'Baise, refuse to send me back out.

I'm sitting in a cell suffering. I'm in so much pain I can't move good at all. I need medical treatment from U.I.C medical center A.S.A.P

Warden please step in and see that I receive medical treatment A.S.A.P

Michael Coleman

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 7-2-2017 | Offender: (Please Print) Michael Coleman | ID: B-08725 |
|---|---|---|

Present Facility: Stateville C.F. | Facility where grievance issue occurred: Stateville C.C.

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___  Date of Report
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [x] Other (specify): Dr. O'Brien

STATEVILLE C.C.
JUL 06 2017
GRIEVANCE DEPARTMENT

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

On 5-10-2017 I went on a writ to U.I.C medical center to see the Doctor about my injured "Hip-Knee and Back" and the Doctor at U.I.C medical center told me that it is to late to have surgery on my right Hip & Right Knee because Dr. O'Brise Waited to long to send me back out. So the Doctor at U.I.C recommended that

**Relief Requested:** I want to be sent back out on a writ to U.I.C medical Center to see the pain Doctor for acupuncture A.S.A.P

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Michael Coleman | B-08725 | 7-2-17
Offender's Signature | ID | Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 7,18,17  [ ] Send directly to Grievance Officer  [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: A copy of this grievance has been forwarded to the HCU for review and response. The original grievance has been forwarded to the grievance office. There is no need to send your copy to the grievance officer or the HCU. You will receive a final response when the HCU responds to Sgt.

Print Counselor's Name | C.HARRIS C.II. | Counselor's Signature | Date of Response 7/18/17

**EMERGENCY REVIEW**

Date Received: 7,7,17  Is this determined to be of an emergency nature?
[ ] Yes; expedite emergency grievance
[x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature | Date 7,7,17

Distribution: Master File; Offender | Page 1 | DOC 0046 (8/2012)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

I be sent back out to U.I.c medical center to see a pain specialist and receive acupuncture.

I went to the health care center on 5-16-2017 and seen Dr. O'Brien and he told me I was approve to go back out to U.I.c medical center to receive acupuncture for pain on my Right Hip-Back and Knee.

To day is 7-2-17. Yet I still have not went back out to U.I.c for pain treatment to my Hip-knee and Back

And my Right Hip-Knee & Back is still in pain. I need help.