:1.:

TL

P.O. Box 112.
Joliet, Ill
60434
(Stateville C.C.)

Re: Michael Coleman
V.
The Estate of Dr. O'Brien
Case. No. 16-cv-4917.

December 4th 2019.

Hon. Judge Edmond E. Chang.

United States District Court
for the Northern District of Illinois
Eastern Division

FILED
DEC 16 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Hon. Judge Chang Sir.

Please permit this letter to serve as
written confirmation to the above-
referenced matter.
Honorable Judge Chang Sir I do
comprehend that me writing you is
unorthodox.
But I have a situation with my
(Lawyer's and my case.) And I don't
know what to do.
            On July 3. 2019 my
court appointed attorneys, Daniel R.
Formeller and Katherine F. Letcher filed
a Memorandum in opposition to the
Defendants Motion for Summary Judge-
ment / and Response to Defendants
Rule 56.1 statement of undisputed mat-
erial facts, And did not use/attach
None of my supported documents, to
those petitions. ("No evidence at all")

Instead I receive a letter via U.S. mail
from Mr. Daniel R. Formeller enclosed

2. With that ("letter dated August 30,2019") was all of my "evidence"/document proof medical records from the Illinois Department of Corrections and the UIC Hospitals. At the bottom of that letter it stated, We will set up a legal call in the immediate future. See Exhibit #1.

On Tuesday 9/17/2019 I received a Pass for a Attorney call for Wednesday 9/18/2019. at 9:30 a.m. See Exhibit #2.

At that legal call attorney Mr. Daniel R. Formeller convey to me the reason he did not use none of my evidence/document proof/ my medical records from Department of Corrections and the U.I.C Hospitals is because his law firm receive all of my medical records late. See Exhibits #3

At that phone call on 9/18/2019. I took the opportunity to ask attorney Daniel R. Formeller to Please motion the court to allow the discovery process to be Re-opened to allow him the opportunity to introduce the additional medical experts opinions from the University of Illinois With respect to my injuries and the surgeries that will be required in the mean future and to afford Mr. Formeller and Ms. Letchen an opportunity to depose these experts because of the fact that those opinions were

3.

rendered prior to summary judgment
being filed by the defendants however,
Mr. Formeller Law firm Trossler did not
receive those documents in a timely fashion
Which would have allowed him the
opportunity to depose them doctors
or to review the medical records.

your Honor Sir
Mr. Formeller told me he will motion
the court under the above circumstance
and request, that discovery process be
Re-opened so he can introduce the
additional medical experts opinions
from the University of Illinois, And
Amend my complaint with the evidence
document proof/medical records.

The most time
I receive any response from attorney
Formeller was on October 8, 2019. and
he "circumvented around" all of my
questions and request, and did not
answer any of my questions. See
Exhibit #4.

(312) 627-4000

So your Honor sir I called Trossler law-
firm multiple times via phone trying
to contact Mr. Daniel R. Formeller and
Ms. Katherine Letcher and they refuse
to come to the phone.

So me and my Nephew, E-mail, Mr.
Formeller & Ms. Letcher twice, they did
not respond.

So I wrote. Mr. Formeller & Ms. Letch-
er 3- letters "reiterate" everything me and
Mr. Formeller talk about on the
phone, begging Mr. Formeller to please
9-18-19 motion the court and please disclose

4: this information that he convey to me to the Judge. See Exhibits #5-6 & 7.

Also I convey to attorneys Mr. Formeller and Ms. Letcher that the medical experts opinions from the "University of Illinois on my "Diagnosis, and "injuries" is Contrary to "the defendants experts, — M.D. Gradwik C. Drodromos, opinions on my "Diagnosis" and injuries.

yet I have not receive no response from attorney's Mr. Formeller nor Ms. Letcher.

Yah Honor Sir though I truly appreciate appointment of counsel, I am concerned that the omission of the aforementioned Critical documents, /Evidence Will leave my case vulnerable to dismissal at the Summary Judgement stage. I ask that you order my attorney's to Supplement those critical pieces of Evidence, to my motion in opposition, and depose them doctors at U.I.C. medical center,

Or in the alternative appoint new Counsel, or dismiss attorney's so I can proceed as my own attorney in the interest of giving my claims a fighting chance.

Yah Honor Thank you in advance
Respectfully Requested and Submitted

Michael Coleman
Case No. 16-c.v-4917.

c/c mc File.

# AFFIDAVIT OF AFFIRMATION

I, Michael Coleman, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this ___4th___ day of ___December___, 200__19__.

_____
Affiant

Exhibit #1

# Tressler LLP

233 S. Wacker Drive
61st Floor
Chicago, Illinois 60606-6399
312-627-4000
Fax 312/627-1717
www.tresslerllp.com

Daniel R. Formeller
(312) 627-4007
dformeller@tresslerllp.com

August 30, 2019

CONFIDENTIAL LEGAL MAIL
ATTORNEY/CLIENT
PRIVILEGED COMMUNICATION

VIA U.S. MAIL
Michael Coleman, IDOC #B-08725
P.O. Box 112
Joliet, IL 60434

Re:     *Michael Coleman v. The Estate of Dr. Obaisi*

Dear Mr. Coleman:

Enclosed you will find the defendant's reply in support of their motion for summary judgment. You will also find complete copies of your medical records recently received from the Illinois Department of Corrections and the UIC Hospitals.

We will set up a legal call in the immediate future.

Very truly yours,

Daniel R. Formeller

DRF/cmj
Enclosures
cc: Katherine F. Letcher

4845-2562-4227, v. 1

California | Illinois | New Jersey | New York



## UNIVERSITY OF ILLINOIS
### Hospital & Health Sciences System
*Changing medicine. For good.*

| | |
|---|---|
| Patient Name: COLEMAN, MICHAEL | MRN: 80411131 |
| Sex: MALE    DOB: 2/29/1972 | Age: 47 years |
| Discharge Date 3/26/2019 | Financial Number: 80411131-0400 |

---

### Orthopedic Notes

Result Type:
Result Date:
Result Status:
Performed Information:
Signed Information:

Orthopedic Note
3/26/2019 00:00 CDT
Transcribed
Siemionow MD, Krzysztof B (3/26/2019 13:37 CDT)

B08725

**Clinic Progress Note- ATTENDING:.Krzysztof Siemionow, MD**

University of Illinois Hospital & Health Science Systems

CLINIC NOTE          PATIENT: COLEMAN, MICHAEL

DICT: AMIT PAREKH, MD      MRN: 080411131
ATTNG: KRZYSZTOF SIEMIONOW, MD    DATE OF SERVICE: 03/26/2019

DATE OF BIRTH: 02/29/1972

CHIEF COMPLAINT: Low back pain.

HISTORY OF PRESENT ILLNESS: Mr. Coleman is a 47-year-old male presenting as a new patient to Dr. Siemionow's clinic with a history of low back pain. Of note, he is an incarcerated male at the Statesville Correctional Center in Joliet. He had a fall in 2014 down some stairs where he hurt his back, left ankle, right knee, and hip. Regarding the right knee and hip, the patient did have a torn meniscus which required meniscectomy. The patient also had a possible right gluteus medius tear. Regarding the patient's left ankle, he does have osteoarthritis and arthrosis of the left subtalar joint. He follows with Podiatry and he was recently referred to Dr. Ahmad for consideration of surgery such as an ankle replacement. Regarding the patient's low back, he has had physical therapy in the past. He does have an MRI from November of 2017, which shows spinal canal and neuroforaminal stenosis from L3-L5. He has had 2 epidural steroid injections in the past, which have provided him some relief for as much as 6 months at a time. The patient does endorse radiating pain from his low back. Denies any weakness. Denies any numbness or tingling in the feet. States he takes Neurontin and tramadol for his pain.

REVIEW OF SYSTEMS: He denies any chest pain, shortness of breath, fevers, chills, night sweats, nausea, vomiting, constipation, diarrhea, dysuria.

PAST MEDICAL HISTORY: Osteoarthritis and arthrosis of left subtalar joint,

University of Illinois Hospital & Health Sciences System

Report Request ID: 37758045
Print Date/Time: 3/27/2019 11:36 CDT



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
*Changing medicine. For good.*

Patient Name: COLEMAN, MICHAEL
Sex:MALE          DOB: 2/29/1972
Discharge Date 3/26/2019

MRN: 80411131
Age: 47 years
Financial Number: 80411131-0400

## Orthopedic Notes

spinal stenosis, neuroforaminal stenosis, right gluteus medius tear, possible psychiatric history as patient does have a history of being on Risperdal.

PAST SURGICAL HISTORY: Right meniscectomy.

MEDICATIONS: Neurontin and tramadol.

ALLERGIES: Tylenol 3.

SOCIAL HISTORY: The patient has been incarcerated for the last 25 years. Prior to this, he denies the use of illicit substances.

PHYSICAL EXAMINATION: The patient is alert and oriented x3, in no acute distress. Nonlabored respirations. Well-perfused extremities. Nondistended abdomen. Examination of the patient's low back is as follows. He appears to have normal alignment. No obvious step-off. He is somewhat tender in the low back, the midline, as well as paraspinal musculature. He does have a patch of hair at the lumbar spine. He has a positive straight leg raise test bilaterally, although this does not appear to be severe. His pain is not exacerbated with bending forward or bending to the sides somewhat exacerbated by extending the back. He has 5/5 strength in the bilateral lower extremities with hip flexion, knee flexion, knee extension, ankle plantar flexion, dorsiflexion, EHL, and FHL. He does not have any clonus. His left ankle is somewhat tender and is not easily manipulated secondary to pain. He does endorse numbness in his bilateral feet, however, his sensation is grossly intact to light touch.

IMAGING: MRI from November 2017, was reviewed, which does re-demonstrate the spinal as well as neuroforaminal stenosis from L3-L5. Additionally, reveals multilevel severe degenerative disk disease, bulky facet arthropathy as well in the lumbar spine with probable compression of the right L3 exiting nerve root.

ASSESSMENT AND PLAN: Mr. Coleman is a 47-year-old male presenting as a new patient to Dr. Siemionow's clinic with back pain with findings of multilevel severe degenerative disk disease and moderate to severe central canal neuroforaminal stenosis seen most prominently from L3-L5. He has been dealing with this pain and radiculopathy since a fall that he sustained in 2014. PT has not provided him much relief and he has thus far had 2 epidural steroid injections which have provided moderate relief for a period of up to 6 months. At this time, we recommend the patient continue his current regimen for pain



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
— Changing medicine. For good. —

Patient Name: COLEMAN, MICHAEL
Sex: MALE        DOB: 2/29/1972
Discharge Date 3/26/2019

MRN: 80411131
Age: 47 years
Financial Number: 80411131-0400

## Orthopedic Notes

and since he is being referred for possible ankle replacement, we would like to have him follow up with us after he has received any potential treatment including any surgery for the left ankle. We would like the patient to return with a new MRI of the lumbar spine as the current MRI is almost a year and a half old. We will have him return to clinic after his left ankle osteoarthritis and arthrosis are addressed and he has obtained a new MRI. The patient understood and agreed with the plan. There were no barriers to communication. Dr. Siemionow agrees with the above assessment and plan.

DD: 03/26/2019 13:37:13
DT: 03/27/2019 01:25:28
AP/MedQ
JOB: 150787/831706154

University of Illinois Hospital & Health Sciences System



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
*Changing medicine. For good.*

Patient Name: COLEMAN, MICHAEL          MRN: 80411131
Sex: MALE          DOB: 2/29/1972          Age: 46 years
Discharge Date 10/3/2018          Financial Number: 80411131-0395

---

### Anesthesia Notes

Result Type:
Result Date:
Result Status:
Performed Information:
Signed Information:

Pain Service Note
10/3/2018 08:09 CDT
Auth (Verified)
Coon PA, Caroline (10/3/2018 08:13 CDT)
Malik MD, Khalid (10/3/2018 11:54 CDT); Coon PA, Caroline
(10/3/2018 08:44 CDT)

**Pain Clinic Follow Up Note**

**HPI:**

The patient is a 46 y/o male with low back and right LE pains since a fall in 2014. The previous treatments included several knee injections, and a R L5/S1 TF ESI on 12/11/17 w/ 70% relief for 5 months. Pain today is consistent with prior visits. Low back with radiation down the R leg> Left leg in the L5/S1 distribution. He denies new weakness, numbness, or bowel/bladder changes.

Clinical response since treatment at last visit: worsened pain
Change in medication use since last visit: N/A
Better with: meds, injection, PT
VAS now/worst/best: 6/10/3
Current treatment: gabapentin 300mg BID

Significant Motor Changes: No

Urinary Incontinence: No
Fecal Incontinence: No
Saddle Anesthesia: No

**Home Medications:**
Gabapentin 600mg BID

-calcium-vitamin D(Calcium 500+D): 1 tab  CHEW twice a day
-divalproex sodium(Depakote ER 500 mg oral tablet, extended release):  500 mg  PO EVERY DAY
-docusate(docusate):  100 mg  CAPSULE PO twice a day
  As Needed for:< as needed for constipation >
  Number of refills:< 3 >
-ibuprofen(ibuprofen 600 mg oral tablet):  600 mg  PO EVERY 6 HOURS
  As Needed for:< as needed for pain >
  Instructions:< with food or milk >
  Number of refills:< 1 >
-risperidone(RisperDAL 1 mg oral tablet):  1 mg  PO twice a day

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Stateville Correctional _____ Center

Offender Information:

COLEMAN          MICHAEL          ID#: B08725
Last Name        First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| | No Note | |
| 5-1-19 | Pt is here SP visit for ankle | |
| 12p | eval. Pt thought he was to | |
| wt. 165 | have reconstructive surg | |
| BP 120/86 | for his ankle. Per report, | |
| HR 64 | surgeon not doing surgble | |
| | of risk of infxn at prison | |
| | post-op, not ble it's not | |
| | medically indicated. Plan for | |
| | surgery once no longer | |
| | incarcerated — pt has life | |
| | sentence. Will D/w c/R.    Hernas LPN | |
| | 5-2-19 | |
| 5/3/19 | Psychiatry Note: Seen by | |
| | 4 provider. RTC | |
| | in one month. | |

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Stateville Correctional Center

Offender Information:

_____  _____  ____  ID#: _____
Last Name                     First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |
|           |                                   |       |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2
(Replaces DC

Auth 484564099

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Stateville Correctional Center
(Facility)

Offender's Name: _Coleman Michael_ ID# _B08725_

Reason for Referral: ☐ Consult ☐ Non-Formulary Medications ☐ Medical Equipment
☐ Evaluation ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes ☐ No

Referred to: _UIC Ortho_

Rationale for Referral: _Ref To Ortho Spine_

_Print Referring Practitioner's Name_    _Referring Practitioner's Signature_    Date _10.4.18_

Report of Referral (Use Reverse Side, if necessary)

Findings: _s/s straight b/l lower extremity back pain with canal + neuroforminal stenosis, seen on MRI from 2017_

Assessment: _47 y/o m s/p fell in 2014 with chr back problems._

Recommendations/Plans: _Continue current pain regimen. Patient should ⊕ see foot and ankle specialist regarding any future question for L ankle, return to clinic with new MRI after pain L ankle injury._

_Amit Parekh_    _Practitioner's Signature_    Date _3/26/19_
_Print Practitioner's Name_

Facility Medical Director Use Only
I have reviewed the recommendations and:

☑ Approve.    _c/c – UIC ortho – LE – foot/ankle_
_– MRI to be held until P ankle eval (to)_

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

Marlene Henze MD

_Print Facility Medical Director's Name_    _Facility Medical Director Signature_    Date _3/29/19_



| | Patient Name: COLEMAN, MICHAEL | MRN: 80411131 |
| --- | --- | --- |
| | Sex: MALE    DOB: 2/29/1972 | Age: 47 years |
| | Discharge Date n/a | FInancial Number: n/a |

## Orthopedic Notes

Result Type:                                          Orthopedic Note
Result Date:                                          4/24/2019 00:00 CDT
Result Status:                                       Auth (Verified)
Performed Information:                     Ahmad MD,Jamal (4/30/2019 20:33 CDT)
Signed Information:                            Ahmad MD,Jamal (5/1/2019 16:28 CDT)

**Clinic Progress Note- ATTENDING:.Jamal Ahmad**

```
            University of Illinois Hospital & Health Science Systems

CLINIC NOTE                    PATIENT:  COLEMAN, MICHAEL

DICT:   AMIT PAREKH, MD        MRN:  080411131
ATTNG:  JAMAL AHMAD            DATE OF SERVICE:  04/24/2019

DATE OF BIRTH:  02/29/1972


CHIEF COMPLAINT:  Left foot and ankle pain.

HISTORY OF PRESENT ILLNESS:  The patient is a 47-year-old male presenting with
the above complaint.  The patient reports that his pain first began in 2014
when he sustained a fall down the stairs.  He has been following with Dr.
LaVeau of Podiatry for some time now, where he has had multiple conversations
about surgical versus conservative measures to treat the patient's pain.  The
patient rates his pain 5/10.  He has trouble walking even short distances.  He
has a history of a left ankle fracture in 2014 which has healed; however, has
left him with posttraumatic arthritis which he was trying to treat
conservatively with bracing and pain meds; however, has not been effective and
he is interested in surgical correction.  He was referred here for potential
surgical correction as well.  This would be a fusion versus a joint
replacement.  The patient does have a history of significant spinal and neural
foraminal stenosis with radiculopathy down to his bilateral legs.

REVIEW OF SYSTEMS:  A 10-point review of systems is performed and negative
except as per HPI.

PAST MEDICAL HISTORY:  Osteoarthritis, arthrosis of left subtalar joint,
spinal stenosis, neural foraminal stenosis, right gluteus medius tear, and
possible psychiatric history as the patient has a history of being on
```



| | Patient Name: COLEMAN, MICHAEL | MRN: 80411131 |
| --- | --- | --- |
| | Sex: MALE    DOB: 2/29/1972 | Age: 47 years |
| | Discharge Date n/a | Financial Number: n/a |

### Orthopedic Notes

Risperdal.

PAST SURGICAL HISTORY:  Right meniscectomy.

MEDICATIONS:  Neurontin and tramadol.

ALLERGIES:  Tylenol No. 3.

SOCIAL HISTORY:  The patient has been incarcerated for the past 25 years. Prior to this, the patient denies the use of any illicit substances.

PHYSICAL EXAMINATION:  The patient is alert and oriented x3, in no acute distress.  Nonlabored respirations.  Well-perfused extremities.  Nondistended abdomen.  On examination of the patient's left foot and ankle, neurologically he is intact.  Pulses are palpable.  He has brisk capillary refill.  Sensation intact to light touch.  He does have calcaneal and hindfoot valgus deformity. Minimal range of motion of the ankle joint with crepitus.  He has a rigid flatfoot.  He has some PTT dysfunction, collapsed into valgus with weightbearing.  Pain with range of motion of the subtalar joint.  Palpable pain of the posterior tibial tendon with bony exostosis and osteophytic lipping bilaterally.

IMAGING:  X-rays of the left foot and ankle were obtained today in clinic and were reviewed.  They reveal pes planus of the left foot.  No recent fractures or dislocations.  Mild hallux valgus of the left great toe.  Arthritic changes of the ankle mortise with osteophytes anteriorly and posteriorly.  Anterior and posterior ankle impingements should be considered.  Slight widening of the ankle mortise superomedially.

ASSESSMENT AND PLAN:  Mr. Coleman is a 47-year-old male, presenting as a new patient to Dr. Ahmad's clinic as a referral for a potential surgical correction of his left foot and ankle osteoarthritis and arthrosis.  At this time, we did discuss surgical correction for the patient; however, we informed the patient that we would be unable to provide the patient with the surgery while he is incarcerated.  We do not recommend elective surgery for an inmate with this particular type of surgery as the infection rate is simply too high while a person is in prison.  Instead, we provided the patient with a referral for an AFO.  The patient can follow up with us once he is out of prison.  The patient understood the plan.  There were no barriers to communication.  Dr. Ahmad examined the patient and agrees with the above assessment and plan.

 **UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
———— Changing medicine. For good. ————

| | | |
|---|---|---|
| Patient Name: COLEMAN, MICHAEL | | MRN: 80411131 |
| Sex: MALE | DOB: 2/29/1972 | Age: 47 years |
| Discharge Date n/a | | FInancial Number: n/a |

## Orthopedic Notes

DD:  04/30/2019 20:33:18
DT:  05/01/2019 05:23:34
AP/MedQ
JOB:  212779/836427139

Orthopaedic Attending Addendum
I saw & examined the patient with the resident.
I agree with the assessment & plan.

Dr. Jamal Ahmad, M.D.

*Electronically Signed on 05/01/19 04:28 PM*

_____

*Ahmad MD, Jamal*



| | |
|---|---|
| **UNIVERSITY OF ILLINOIS**<br>Hospital & Health Sciences System<br>Changing medicine. For good. | Patient Name: COLEMAN, MICHAEL     MRN: 80411131<br>Sex: MALE     DOB: 2/29/1972     Age: 47 years<br>Discharge Date n/a     FInancial Number: n/a |

---

### Orthopedic Notes

Result Type:     Orthopedic Note
Result Date:     3/26/2019 00:00 CDT
Result Status:     Auth (Verified)
Performed Information:     Siemionow MD,Krzysztof B (3/26/2019 13:37 CDT)
Signed Information:     Siemionow MD,Krzysztof B (4/16/2019 13:42 CDT)

**Clinic Progress Note- ATTENDING:.Krzysztof Siemionow, MD**


University of Illinois Hospital & Health Science Systems

CLINIC NOTE             PATIENT: COLEMAN, MICHAEL

DICT: AMIT PAREKH, MD       MRN: 080411131
ATTNG: KRZYSZTOF SIEMIONOW, MD    DATE OF SERVICE: 03/26/2019

DATE OF BIRTH: 02/29/1972


CHIEF COMPLAINT: Low back pain.

HISTORY OF PRESENT ILLNESS: Mr. Coleman is a 47-year-old male presenting as a
new patient to Dr. Siemionow's clinic with a history of low back pain. Of
note, he is an incarcerated male at the Statesville Correctional Center in
Joliet. He had a fall in 2014 down some stairs where he hurt his back, left
ankle, right knee, and hip. Regarding the right knee and hip, the patient did
have a torn meniscus which required meniscectomy. The patient also had a
possible right gluteus medius tear. Regarding the patient's left ankle, he
does have osteoarthritis and arthrosis of the left subtalar joint. He follows
with Podiatry and he was recently referred to Dr. Ahmad for consideration of
surgery such as an ankle replacement. Regarding the patient's low back, he
has had physical therapy in the past. He does have an MRI from November of
2017, which shows spinal canal and neuroforaminal stenosis from L3-L5. He has
had 2 epidural steroid injections in the past, which have provided him some
relief for as much as 6 months at a time. The patient does endorse radiating
pain from his low back. Denies any weakness. Denies any numbness or tingling
in the feet. States he takes Neurontin and tramadol for his pain.

REVIEW OF SYSTEMS: He denies any chest pain, shortness of breath, fevers,
chills, night sweats, nausea, vomiting, constipation, diarrhea, dysuria.



| UNIVERSITY OF ILLINOIS<br>Hospital & Health Sciences System<br>Changing medicine. For good. | Patient Name: COLEMAN, MICHAEL | MRN: 80411131 |
| --- | --- | --- |
| | Sex: MALE  DOB: 2/29/1972 | Age: 47 years |
| | Discharge Date n/a | Financial Number: n/a |

### Orthopedic Notes

**PAST MEDICAL HISTORY:** Osteoarthritis and arthrosis of left subtalar joint, spinal stenosis, neuroforaminal stenosis, right gluteus medius tear, possible psychiatric history as patient does have a history of being on Risperdal.

**PAST SURGICAL HISTORY:** Right meniscectomy.

**MEDICATIONS:** Neurontin and tramadol.

**ALLERGIES:** Tylenol 3.

**SOCIAL HISTORY:** The patient has been incarcerated for the last 25 years. Prior to this, he denies the use of illicit substances.

**PHYSICAL EXAMINATION:** The patient is alert and oriented x3, in no acute distress. Nonlabored respirations. Well-perfused extremities. Nondistended abdomen. Examination of the patient's low back is as follows. He appears to have normal alignment. No obvious step-off. He is somewhat tender in the low back, the midline, as well as paraspinal musculature. He does have a patch of hair at the lumbar spine. He has a positive straight leg raise test bilaterally, although this does not appear to be severe. His pain is not exacerbated with bending forward or bending to the sides somewhat exacerbated by extending the back. He has 5/5 strength in the bilateral lower extremities with hip flexion, knee flexion, knee extension, ankle plantar flexion, dorsiflexion, EHL, and FHL. He does not have any clonus. His left ankle is somewhat tender and is not easily manipulated secondary to pain. He does endorse numbness in his bilateral feet, however, his sensation is grossly intact to light touch.

**IMAGING:** MRI from November 2017, was reviewed, which does re-demonstrate the spinal as well as neuroforaminal stenosis from L3-L5. Additionally, reveals multilevel severe degenerative disk disease, bulky facet arthropathy as well in the lumbar spine with probable compression of the right L3 exiting nerve root.

**ASSESSMENT AND PLAN:** Mr. Coleman is a 47-year-old male presenting as a new patient to Dr. Siemionow's clinic with back pain with findings of multilevel severe degenerative disk disease and moderate to severe central canal neuroforaminal stenosis seen most prominently from L3-L5. He has been dealing with this pain and radiculopathy since a fall that he sustained in 2014. PT has not provided him much relief and he has thus far had 2 epidural steroid injections which have provided moderate relief for a period of up to 6 months.



| | |
|---|---|
| **University of Illinois** Hospital & Health Sciences System *Changing medicine. For good.* | Patient Name: COLEMAN, MICHAEL   MRN: 80411131<br>Sex: MALE      DOB: 2/29/1972      Age: 47 years<br>Discharge Date n/a      FInancial Number: n/a |

### Orthopedic Notes

At this time, we recommend the patient continue his current regimen for pain and since he is being referred for possible ankle replacement, we would like to have him follow up with us after he has received any potential treatment including any surgery for the left ankle. We would like the patient to return with a new MRI of the lumbar spine as the current MRI is almost a year and a half old. We will have him return to clinic after his left ankle osteoarthritis and arthrosis are addressed and he has obtained a new MRI. The patient understood and agreed with the plan. There were no barriers to communication. Dr. Siemionow agrees with the above assessment and plan.


DD:  03/26/2019 13:37:13
DT:  03/27/2019 01:25:28
AP/MedQ
JOB:  150787/831706154}Tš®"ûá

I have seen and examined the patient, I reviewed the resident's note, I agree with the assessment and plan. The patient understands and agrees with the plan, there were no barriers to communication.

*Electronically Signed on 04/16/19 01:42 PM*

_____

*Siemionow MD, Krzysztof B*



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
——— Changing medicine. For good. ———

Patient Name: COLEMAN, MICHAEL     MRN: 80411131
Sex: MALE     DOB: 2/29/1972     Age: 47 years
Discharge Date n/a     Financial Number: n/a

---

### Orthopedic Notes

Result Type:                Orthopedic Note
Result Date:                3/7/2019 00:00 CST
Result Status:             Auth (Verified)
Performed Information:    LaVeau DPM,Robert J (3/7/2019 15:26 CST)
Signed Information:        LaVeau DPM,Robert J (3/12/2019 12:27 CDT)

**Clinic Progress Note- ATTENDING:.Robert LaVeau, DPM**


University of Illinois Hospital & Health Science Systems

CLINIC NOTE                    PATIENT:   COLEMAN, MICHAEL

DICT:    ROBERT LAVEAU, DPM       MRN:   080411131
ATTNG:   ROBERT LAVEAU, DPM       DATE OF SERVICE:   03/07/2019

DATE OF BIRTH:   02/29/1972


SUBJECTIVE: The patient is a 47-year-old male with no past medical history, presents for followup of left foot and ankle pain. The patient has been seen previously in November for the same condition with long conversations on surgical versus conservative measures to treat the patient's pain. The patient rates his pain as 9/10. Has trouble walking even short distances. The patient has a history of left ankle fracture in 2014, which has healed, however, has left him with posttraumatic arthritis, which he is trying to treat conservatively with bracing and pain meds; however, it has not been effective and he is interested in surgical correction.

OBJECTIVE FINDINGS: Pulses are palpable. Neurologically, he is intact. Musculoskeletal: The patient has calcaneal and hindfoot valgus deformity, left foot. Minimal range of motion of the ankle joint with crepitus. No dorsiflexion and plantar flexion. Zero degree of subtalar joint range of motion is appreciated. Pain with range of motion of the subtalar joint. Palpable pain of the posterior tibial tendon with bony exostosis and osteophytic lipping bilateral.

ASSESSMENT: Osteoarthritis and arthrosis of the subtalar joint on the left.

PLAN: The patient has attempted and failed conservative care. We would like the patient to be seen by Dr. Ahmad, Foot and Ankle and Ortho for options for



| | |
|---|---|
| Patient Name: COLEMAN, MICHAEL | MRN: 80411131 |
| Sex: MALE    DOB: 2/29/1972 | Age: 47 years |
| Discharge Date n/a | FInancial Number: n/a |

### Orthopedic Notes

surgery, ankle fusion, pantalar fusion or possible ankle joint replacement.
We will have the patient follow up with him to see what might be his best
surgical option.  The patient understands and agrees with the treatment plan
and education given.


DD:  03/07/2019 15:26:02
DT:  03/08/2019 03:48:03
RL/MedQ
JOB:  810304/829245999;
Ã

*Electronically Signed on 03/12/19 12:27 PM*

---

*LaVeau DPM, Robert J*



| | |
|---|---|
| **UNIVERSITY OF ILLINOIS**<br>Hospital & Health Sciences System<br>—— Changing medicine. For good. —— | Patient Name: COLEMAN, MICHAEL    MRN: 80411131<br>Sex: MALE         DOB: 2/29/1972      Age: 47 years<br>Discharge Date  n/a       FInancial Number: n/a |

### Anesthesia Notes

3.  Stable tiny Baker's cyst.


Right Shoulder MRI 2009

IMPRESSION:

1. Chronic massive tears of the supraspinatus and infraspinatus, with slight increase in size of intramuscular cysts and severe muscle atrophy.

2. New subscapularis intramuscular cyst, related to partial thickness undersurface tear. This is superimposed on moderate tendinosis.

3. New intraarticular and proximal extra-articular long head biceps tendon partial tear.

4. Probable degenerative tear of the superior and posterior glenoid labrum.

5. Moderate glenohumeral osteoarthritis with new thinning of the posterior glenoid cartilage.


**MEDICAL DECISION MAKING**

**Diagnosis:**

1) cLBP with radicular symptoms

2) Severe DDD/SS

3) OA

**Summary:**

46 y/o male with low back and bilateral LE pains since a fall in 2014. Lumbar MRI with severe changes. Neurologically intact on exam.


**Treatment Recommendations:**

Injections recommended: return to clinic for L4-5 LESI within next few weeks

Medications prescribed: increase Gabapentin to 600 mg BID, consider tylenol #3 BID, c/w ibuprofen 800 mg BID

Physical Therapy: Continue

Referral: Ortho spine referral for surgical eval

Recommend double mattress for patient

Tests ordered: N/A

Follow up: RTC in 4 weeks

Caroline Coon, PA-C



| UNIVERSITY OF ILLINOIS Hospital & Health Sciences System ——— Changing medicine. For good. ——— | Patient Name: COLEMAN, MICHAEL | MRN: 80411131 |
| --- | --- | --- |
| | Sex: MALE        DOB: 2/29/1972 | Age:  47 years |
| | Discharge Date  n/a | FInancial Number:  n/a |

---

*Anesthesia Notes*

---

**ATTENTING NOTE**

**ATTENDING NOTE**

I was present with the resident, fellow or the physician assistant during the clinical evaluation and any interventions performed.. I discussed the case with them, formulated the management plan, assisted with the interventions and agree with the note as documented above. Pt's presenting complaints and exam findings were consistent with those recorded above. The management plan noted was also discussed with the patient and any available family members, who indicated it's understanding, agreed with it and there were no barriers to communication. Patient with LB and bilateral LE pains, severe spinal stenosis and DDD on the lumbar spine MRI, neurologically intact. Has been responding to intermittent ESIs, plan to repeat, N/S referral if injections becom ineffective.

**KHALID MALIK MD**
**Anesthesiology/Pain Management Attending.**
**University of Illinois Hospital.**

*Electronically Signed on 10/03/18 08:44 AM*

---

*Coon PA, Caroline*

*Electronically Signed on 10/03/18 11:54 AM*

---

*Malik MD, Khalid*

WEXFORD HEALTH SOURCES INCORPORATED

To:      Site Medical Director & HSA

From:    Utilization Management                    DELIVERED  NOV 1 0 2018

Date/Time: 10/09/201816:21:50

Subject:   Inmate Name:  COLEMAN, MICHAEL
           Inmate Number:  B08725
                  Site:  STATEVILLE CC
               Service:
                         99213    OFFICE/OUTPATIENT VISIT EST

Authorization ID: 484564099

Based upon a review of the information provided, Service is Approved.

Comments:
Ortho Spine Eval approved by Dr. Garcia after referral review for a
patient with chronic pain in lower back, R buttocks, R thigh, and
R knee since fall in 2014. Saw Ortho 5-10-17; Chondrial wear noted
at knee joint and hx of gluteus medias tear. Referred to Pain
Clinic by Ortho.  R L5-S1 LESI done 12/2017 for severe DDD with
foraminal stenosis.  Last seen by Pain Clinic 10-3-18; recommended
repeat LESI and referral to Ortho Spine for surgical
consideration.

**Auth for Ortho Spine Eval at UIC**

3.26

From: _____
       Dedicated Utilization Management

--------------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

           Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
           877-939-2884 or 800-353-8384 - Phone
                                      412-937-9151 - Fax
       WWW.WEXFORDHEALTH.COM

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management

Date/Time: 10/09/2018 16:21:50

Subject:   Inmate Name:  COLEMAN, MICHAEL
           Inmate Number: B08725
                    Site: STATEVILLE CC
                 Service:
                          64483   INJ FORAMEN EPIDURAL L/S

Authorization ID: 333184341

Based upon a review of the information provided, Service is Approved.

Comments:
LESI approved by Dr. Garcia after referral review for a patient
with chronic pain in lower back, R buttocks, R thigh, and R knee
since fall in 2014. Saw Ortho 5-10-17; Chondrial wear noted at knee
joint and hx of gluteus medias tear. Referred to Pain Clinic by
Ortho.  R L5-S1 LESI done 12/2017 for severe DDD with foraminal
stenosis.  Last seen by Pain Clinic 10-3-18; recommended repeat
LESI and referral to Ortho Spine for surgical consideration.

**Auth for LESI at UIC**

11-14

From: _____
     Dedicated Utilization Management

-------------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
877-939-2884 or 800-353-8384 - Phone
                    412-937-9151 - Fax
WWW.WEXFORDHEALTH.COM



| | |
|---|---|
| **UNIVERSITY OF ILLINOIS**<br>Hospital & Health Sciences System<br>*Changing medicine. For good.* | Patient Name: COLEMAN, MICHAEL<br>Sex: MALE    DOB: 2/29/1972<br>Discharge Date 10/3/2018 |

MRN: 80411131
Age: 46 years
Financial Number: 80411131-0395

### Anesthesia Notes

3. Stable tiny Baker's cyst.

Right Shoulder MRI 2009

IMPRESSION:
1. Chronic massive tears of the supraspinatus and infraspinatus, with slight increase in size of intramuscular cysts and severe muscle atrophy.
2. New subscapularis intramuscular cyst, related to partial thickness undersurface tear. This is superimposed on moderate tendinosis.
3. New intraarticular and proximal extra-articular long head biceps tendon partial tear.
4. Probable degenerative tear of the superior and posterior glenoid labrum.
5. Moderate glenohumeral osteoarthritis with new thinning of the posterior glenoid cartilage.

**MEDICAL DECISION MAKING**
**Diagnosis:**
1) cLBP with radicular symptoms
2) Severe DDD/SS
3) OA
**Summary:**
46 y/o male with low back and bilateral LE pains since a fall in 2014. Lumbar MRI with severe changes. Neurologically intact on exam.

**Treatment Recommendations:**
Injections recommended: return to clinic for L4-5 LESI within next few weeks
Medications prescribed: increase Gabapentin to 600 mg BID, consider tylenol #3 BID, c/w ibuprofen 800 mg BID
Physical Therapy: Continue
Referral: Ortho spine referral for surgical eval
Recommend double mattress for patient
Tests ordered: N/A
Follow up: RTC in 4 weeks
Caroline Coon, PA-C

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Stateville Correctional Center
(Facility)

Offender's Name: Coleman Michael     ID# B056725

Reason for Referral: ☐ Consult   ☐ Non-Formulary Medications   ☐ Medical Equipment
☐ Evaluation   ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes   ☐ No

Referred to: UIC Pain Clinic

Rationale for Referral: 2 men F/U.

Print Referring Practitioner's Name: Ovezie
Referring Practitioner's Signature
Date: 6/1/18

Report of Referral (Use Reverse Side, if necessary)

Findings: Severe degenerative disc disease moderate to severe spinal stenosis on MRI 5/5 LE strength on exam

Assessment: Chronic lumbar radiculopathy 2/2 DDD + spinal stenosis

Recommendations/Plans: Return within next few weeks for L4-5 LESI, increase gabapentin to 600 mg BID, c/w ibuprofen 800 mg BID. Consider tylenol #3 BID prn. Surgical referral Ortho spine - Double mattress.

Print Practitioner's Name: Caroline Coon
Practitioner's Signature: Caroline Coon
Date: 10/3/18

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

Print Facility Medical Director's Name: Coley
Facility Medical Director's Signature
Date: 10-4-18

Distribution: Offender's Medical File, and
if denied/revised, Heath Care Unit Administrator
Page 1 of 1
DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

Parth 151 868 775

_____OIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Stateville Correctional Center
(Facility)

Offender's Name. _Coleman, M_ ID# _B08725_

Reason for Referral: ☐ Consult ☐ Non-Formulary Medications ☐ Medical Equipment
☑ Evaluation ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes ☐ No

Referred to: _____

Rationale for Referral: _Ortho eval foot/ankle_

Print Referring Practitioner's Name          Referring Practitioner's Signature          Date

Report of Referral (Use Reverse Side, if necessary)

Findings: _ankle and subtalar arthritis, PTT dysfunction, poor ROM,_

Assessment: _47 y/o m with above findings, XR's demonstrate_
_as such._

Recommendations/Plans: _Recommend Arizona brace if allowed to_
_relieve pain. Patient cannot be a candidate for surgery until released,_
_infection rate is too high._

_Amit Parekh_
Print Practitioner's Name          Practitioner's Signature          Date _4/24/19_

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

Marlene Henze MD          _marlene Henze_          _ulania_

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management

Date/Time: 07/17/201814:52:58

Subject:   Inmate Name:   COLEMAN, MICHAEL
           Inmate Number: B08725
                   Site:  STATEVILLE CC
                Service:
                          99213   OFFICE/OUTPATIENT VISIT EST

Authorization ID: 148496383

Based upon a review of the information provided, Service is Approved.

    Comments:
    UIC Podiatry F/U approved by Dr. Garcia in collegial with Dr.
    Okezie for a Pt. w/ deformity of L ankle. Hypertrophy at area of
    malleolus, both sides.  Eval'd by Podiatry 11-21-17; noted
    osteophyte formation medial L ankle, neuritis, and DJD.  CT done
    5-24-18 for surgical considerations showing chronic tendon rupture
    and severe DJD.  Recommended bracing and F/U for possible plantar
    fusion.

    **Auth for Podiatry F/U at UIC**

                                        1113  3-5

From: _____
      Dedicated Utilization Management

    ----------------------------------------------------------------

        INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

                Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
                877-939-2884 or 800-353-8384 - Phone
                                    412-937-9151 - Fax
                WWW.WEXFORDHEALTH.COM

04/24/19
MB 02/29/1972

80411131-0401
COLEMAN, MICHAEL
STATE, CORRECTIONS
OTHER GOV'T AGENCY



Scheck & Siress Prosthetics Inc.
2240 W OGDEN AVE
Chicago, IL 60612-7232
(312) 312-2141
Fax # (312) 267-00568
Prescription

⑨

Patient :

DOB

Diagnosis Code: Left Fut and ankle arthiti; subtalar arthih

Prescription for :

QTY                          DESCRIPTION

Arizona brace

___   L1902 : AFO ANKLE GAUNTLET PRE OTS

___   L1940/L2275/L2360/L2820 : ARIZONA LACE UP CUSTOM AFO

___   L4360 : PNEUMAT WALKING BOOT PRE CST

___   L4361 : PNEUMA/VAC WALK BOOT PRE OTS

___   L4631 : CUSTOM CROW ORTHOSIS

___   L1820 : KO ELAS W / CONDYLE & JO

___   L1845 : KO DOUBLE UPRIGHT PRE CST

___   L1832 : KO ADJ JNT R SUP PRE CST

Sign Here: _____        Sign date: 7/27/19
JAMAL AHMAD                          NPI: 1659325389

## Locations

### *Ballert*

Chicago Office
2434 W. Peterson Ave.
Chicago, IL 60659
(P) 773-878-2445 (F) 773-508-6699

U of C Office
5758 S. Maryland Ave, STE 2F,
Chicago, IL 60637
(P) 773-493-2445 (F) 773-493-5282

Downtown Office at Northwestern Hospital
233 E. Erie, Suite 200
Chicago, IL 60611
(P) 312-484-4400 (F) 312-787-4402

Northwest Suburban Office
125 E. Lake Cook Rd, Suite 221
Buffalo Grove, IL 60089
(P) 847-459-9006 (F) 847-459-9182

Southwest Suburban Office
1250 N. Mill St., Suite 106
Naperville, IL 60563
(P) 630-637-9540 (F) 630-637-9542

West Suburban Office
139-141 Front Street
Wood Dale, IL 60191
(P) 630-694-9305 (F) 630-694-9360

### *Comprehensive Prosthetics and Orthotics*

Arlington Heights Office
1614 W. Central Rd, Ste 108
Arlington Heights, IL 60005
(P) 847-364-4865 (F) 888-635-3135

Brookfield Office
8400 Brookfield Ave
Brookfield, IL 60513
(P) 888-635-2271 (F) 888-635-3135

Irving Park (Chicago) Office
3834 W. Irving Park Rd
Chicago, IL 60618
(P) 773-539-7333 (F) 773-539-5357

North Aurora Office
110 John Street
North Aurora, IL 60542
(P) 847-459-9006 (F) 847-459-9182

Peterson (Chicago) Office
4801 W. Peterson Avenue, Ste 402
Chicago, IL 60646
(P) 773-545-6047 (F) 888-635-2271

Western (Chicago) Office
10408 S Western Ave
Chicago, IL 60643
(P) 773-779-5896 (F) 773-779-8869

### *Hanger*

Lincolnshire Office
300 Village Green Drive, Suite 205
Lincolnshire, IL 60069
(P) 847-478-8154 (F) 847-478-8314

Chicago Office – Edens Office Plaza
4801 West Peterson Avenue, Suite 618
Chicago, IL 60646
(P) 773-777-9494 (F) 773-777-1310

Westchester Office
11231 West Cermak Road
Westchester, IL 60154
(P) 708-447-9860 (F) 708-447-9861

Burr Ridge Office
100 Tower Drive, Suite 101
Burr Ridge, IL 60527
(P) 630-986-0007 (F) 630-986-0151

Joliet Office
694 Essington Road
Joliet, IL 60435
(P) 815-744-9944 (F) 815-744-0366

Oak Lawn Office at Oak Lawn Medical Center
10837 South Cicero Avenue, Suite 100
Oak Lawn, IL 60453
(P) 708-371-9999 (F) 708-371-8049

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Stateville Correctional Center

Offender Information:

Coleman        Michael        ID#: B08725
Last Name        First Name

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11-21-18 | MD Note: | |
| @ 1⁹⁵ₚ | tore m. in hip | Permits redone |
| BP. 139/96 | tore ligament in knee | for Ⓛ ankle brace |
| P: 63 | chronic Back pain | shower |
| R: 18 | ankle "shattered" | waist chain |
| T: 97⁸ | in fall accident previously. | Tramadol 50mg po BID × 90d. |
| WT: 163 | Pt is seen for unit return 11/13 - podiatry/ucc — not seen, & 11/19 (overbooked) to pain clinic - has LESI. Not feeling better yet. | ↑ gabapentin to 900mg BID × 90d per pain clinic |
| | | Await return appt to podiatry. |

ILLINOIS DEPARTMENT OF CORRECTIONS

Offender Outpatient Progress Notes

Stateville Correctional Center

Offender Information:

Last Name: Coleman  First Name: Michael  ID#: B08725

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/7/18 | MHP Note, rumseen in House. DLC 0082. | @ RRC 4 week Unit RRC |
| 12/19/18 8:52 am | RN Note S:" Am I scheduled to go back to see UIC for my ankle." O: I/m A30x3 speech coherent. got steady. I/m inquiring about UIC app. I/m formed I/m y scheduled. I/m verbalized understanding. A: MD Appt UIC | P: Insulin |

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Stateville Correctional Center
(Facility)

Offender's Name: _Coleman michael_    ID# _B08725_

Reason for Referral:  ☐ Consult    ☐ Non-Formulary Medications    ☐ Medical Equipment
☐ Evaluation    ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes    ☐ No

Referred to: _UIC Podiatry_

Rationale for Referral: _Bracing vs Punt akn Cusion_

Print Referring Practitioner's Name    Referring Practitioner's Signature    Date _7/13/8_

Report of Referral (Use Reverse Side, if necessary)

Findings:_____

Assessment:_____

Recommendations/Plans: _11/13/18. Patient not seen. Overbooked._
_Will make new appointment_
_CLAUDIA DUQUENE_
_Claudia Dyuene Supervis'o_
_11-13-18_

Print Practitioner's Name    Practitioner's Signature    Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☑ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

_M Henrens_    _____    _11/16/18_
Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

ILLINOIS DEPARTMENT OF CORRECTIONS

### Offender Outpatient Progress Notes

### Stateville Correctional Center

Offender Information:

Last Name: Coleman    First Name: Michael    MI: ___    ID#: B08725

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 1/11/19 @ 945A | RN/SC Note:<br>S: "The pain is returning to my back after the injections wore off. And I still need to go to UIC about my ankle"<br>O: I/m A+O, speech clear/coherent. Requesting MDSC appt to discuss medical concerns.<br>A: Appt. request/inquiry. | P: (DR.A) MDSC appt scheduled for 1-15-19. UIC F/u appt. scheduled early March. I/m verbalized understanding of pending UIC appt.<br>D. Cetti, RN |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Coleman, michael

Last Name ___ First Name ___ Mi ___ ID#: B08705

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | Nurse note | P. UIC |
| 12/7/18 0930 | S: "my UIC appt got cancelled, when am i going back?" | Podiatry Scheduled for 5/5/19 |
| | O: Pm delayed presented to SC c above inquiry- No signs of acute distress. No medical complaints. Pm advised that UIC appt has been rescheduled. Pm verbalized understanding. | |
| | A: appt inquiry | |
| | | S/ ___ |
| 1/8/19 | MHP Note: Pm seen/not seen Pm went to yard. See DOC 0371 | ® RTC 1 week c me ICR |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
— Changing medicine. For good. —

Patient Name: COLEMAN, MICHAEL
Sex: MALE          DOB: 2/29/1972
Discharge Date 3/7/2019

MRN: 80411131
Age: 47 years
Financial Number: 80411131-0399

## Orthopedic Notes

Result Type:
Result Date:
Result Status:
Performed Information:
Signed Information:

Orthopedic Note
3/7/2019 00:00 CST
Transcribed
LaVeau DPM, Robert J (3/7/2019 15:26 CST)

B08725

**Clinic Progress Note- ATTENDING:.Robert LaVeau, DPM**

University of Illinois Hospital & Health Science Systems

CLINIC NOTE          PATIENT: COLEMAN, MICHAEL

DICT: ROBERT LAVEAU, DPM          MRN: 080411131
ATTNG: ROBERT LAVEAU, DPM          DATE OF SERVICE: 03/07/2019

DATE OF BIRTH: 02/29/1972

SUBJECTIVE: The patient is a 47-year-old male with no past medical history, presents for followup of left foot and ankle pain. The patient has been seen previously in November for the same condition with long conversations on surgical versus conservative measures to treat the patient's pain. The patient rates his pain as 9/10. Has trouble walking even short distances. The patient has a history of left ankle fracture in 2014, which has healed, however, has left him with posttraumatic arthritis, which he is trying to treat conservatively with bracing and pain meds; however, it has not been effective and he is interested in surgical correction.

OBJECTIVE FINDINGS: Pulses are palpable. Neurologically, he is intact. Musculoskeletal: The patient has calcaneal and hindfoot valgus deformity, left foot. Minimal range of motion of the ankle joint with crepitus. No dorsiflexion and plantar flexion. Zero degree of subtalar joint range of motion is appreciated. Pain with range of motion of the subtalar joint. Palpable pain of the posterior tibial tendon with bony exostosis and osteophytic lipping bilateral.

ASSESSMENT: Osteoarthritis and arthrosis of the subtalar joint on the left.

PLAN: The patient has attempted and failed conservative care. We would like the patient to be seen by Dr. Ahmad, Foot and Ankle and Ortho for options for surgery, ankle fusion, pantalar fusion or possible ankle joint replacement.

University of Illinois Hospital & Health Sciences System

Report Request ID: 37626358
Print Date/Time: 3/12/2019 10:45
CDT

Page 1 of 2



### UNIVERSITY OF ILLINOIS
Hospital & Health Sciences System
*Changing medicine. For good.*

Patient Name: COLEMAN, MICHAEL
Sex: MALE          DOB: 2/29/1972
Discharge Date 3/7/2019

MRN: 80411131
Age:  47 years
Financial Number: 80411131-0399

## Orthopedic Notes

We will have the patient follow up with him to see what might be his best surgical option.  The patient understands and agrees with the treatment plan and education given.

DD:  03/07/2019 15:26:02
DT:  03/08/2019 03:48:03
RL/MedQ
JOB:  810304/829245999

University of Illinois Hospital & Health Sciences System

Report Request ID:  37626358
Print Date/Time:  3/12/2019 10:45
CDT

Auth 148496385

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Stateville Correctional Center
(Facility)

Offender's Name: Coleman, Michael     ID# B ⌀ 8725

Reason for Referral:  ☐ Consult    ☐ Non-Formulary Medications  ☐ Medical Equipment
                      ☐ Evaluation  ☐ Management
                      ☐ Procedure/service (specify) _____
                      ☐ Other (specify) _____

Urgent: ☐ Yes   ☐No

Referred to: _____ UIC podiatry _____

Rationale for Referral: _____ F/u to determine plan of care

_____ (not seen last furlough due to clinic was

_____ over scheduled - needs F/u)

MHearns mo                 marlene (M                 11/16/18
Print Referring Practitioner's Name    Referring Practitioner's Signature    Date

Report of Referral (Use Reverse Side, if necessary)

Findings: CHRONIC PAIN MEDIAL/LATERAL
ANKLE, (+) BONEY DEFORMITY

Assessment: DSD ANKLE /STJ-

Recommendations/Plans: SURGICAL CONSULT C
ORTHO FOOT/ANKLE

LAYEAL                    M/M/L                    3/7/19
Print Practitioner's Name    Practitioner's Signature    Date

Facility Medical Director Use Only
I have reviewed the recommendations and:      c/R- ortho foot & ankle

☑ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

MHearns               marlene Arr               3/14/19
Print Facility Medical Director's Name    Facility Medical Director's Signature    Date

Distribution: Offender's Medical File, and          Page 1 of 1          DOC 0254 (Eff.4/2007)
if denied/revised, Heath Care Unit Administrator                         (Replaces DC 7105)

WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management                    DELIVERED MAR 2 0 2019

Date/Time: 03/19/201916:31:08

Subject:   Inmate Name:  COLEMAN, MICHAEL
           Inmate Number: B08725
                  Site:  STATEVILLE CC
               Service:
                         99203    OFFICE/OUTPATIENT VISIT NEW

Authorization ID: 151868775

Based upon a review of the information provided, Service is Approved.

    Comments:
    Ortho Ankle Eval approved by Dr. Garcia in collegial with Dr. Henze
    for a Pt. w/ deformity of L ankle. Hypertrophy at area of
    malleolus, both sides.  Eval'd by Podiatry 11-21-17; noted
    osteophyte formation medial L ankle, neuritis, and DJD.  CT done
    5-24-18 for surgical considerations showing chronic tendon rupture
    and severe DJD.  Recommended bracing and F/U for possible plantar
    fusion.  Last seen by Podiatry 3-7-19; recommended referral to foot
    and ankle surgeon.

    **Auth for Ortho Ankle Eval at UIC**

                                            4-24

From: _____
      Dedicated Utilization Management

------------------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

            Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
            877-939-2884 or 800-353-8384 - Phone
                                          412-937-9151 - Fax
        WWW.WEXFORDHEALTH.COM



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
———— Changing medicine. For good. ————

Patient Name: COLEMAN, MICHAEL          MRN: 80411131
Sex: MALE          DOB: 2/29/1972          Age: 47 years
Discharge Date n/a          FInancial Number: n/a

---

## Orthopedic Notes

Result Type:                 Orthopedic Note
Result Date:                 11/13/2018 00:00 CST
Result Status:               Auth (Verified)
Performed Information:        LaVeau DPM,Robert J (1/8/2019 14:25 CST)
Signed Information:          LaVeau DPM,Robert J (1/16/2019 08:07 CST)

**Clinic Progress Note- ATTENDING:.Robert LaVeau, DPM**


              University of Illinois Hospital & Health Science Systems

CLINIC NOTE                          PATIENT:  COLEMAN, MICHAEL

DICT:   ROBERT LAVEAU, DPM           MRN:  080411131
ATTNG:  ROBERT LAVEAU, DPM           DATE OF SERVICE:  11/13/2018

DATE OF BIRTH:  02/29/1972


SUBJECTIVE:  The patient is a 46-year-old male, who presents today for left
ankle pain.  The patient relates it has been going on for 2 years, feels like
his foot is giving out with activity.  The patient relates that it started due
to the knee and hip pain which has compensated on his left side.  Rates the
pain as still 9/10.

OBJECTIVE FINDINGS:  Vascular:  DP, PT pulses are palpable bilateral.  Light
touch is intact.  Musculoskeletal:  Gross sacral and hindfoot valgus deformity
noted in the left foot.  Decreased ankle joint range of motion, regarding,
crepitus.  Both dorsiflex, plantar flexion 0.  Subtalar joint range of motion
appreciated.  All range of motion painful for the patient.

CT scan shows a chronic tear in posterior tibial tendon, hindfoot valgus with
intra-articular bodies in the region of flexor hallucis longus tendon sheath,
posterior subtalar joint region, anterior ankle joint related to prior ankle
sprains and small tibial talar osteophytes.

ASSESSMENT:  Osteoarthritis, left ankle arthrosis, subtalar joint.

PLAN:  Discussed these findings with the patient.  Discussed surgical versus
conservative care.  All questions were answered to the patient's satisfaction.
At this point, we will pursue bracing and conservative care and hold off on

---



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
—— Changing medicine. For good. ——

| | |
|---|---|
| Patient Name: COLEMAN, MICHAEL | MRN: 80411131 |
| Sex: MALE    DOB: 2/29/1972 | Age: 47 years |
| Discharge Date n/a | FInancial Number: n/a |

*Orthopedic Notes*

any type of surgical correction.  Once we see the success of the conservative
care, the patient is referred to Scheck and Siress for brace, and the patient
will return to clinic p.r.n.


DD:  01/08/2019 14:25:06
DT:  01/09/2019 03:10:15
RL/MedQ
JOB:  717579/821207431

OB:  729336/822256808
ATTENDING ; I HAVE SEEN, EXAMINED AND TREATED THIS PATIENT WITH THE RESIDENT STAFF. I HAVE
 REVIEWED THE FINDINGS AND I AGREE WITH THE ASSESSMENT AND PLAN AS DOCUMENTED IN THE
RESIDENTS NOTE.
LAVEAU

*Electronically Signed on 01/16/19 08:07 AM*

_____

*LaVeau DPM, Robert J*



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
——— Changing medicine. For good. ———

| | |
|---|---|
| Patient Name: COLEMAN, MICHAEL | MRN: 80411131 |
| Sex: MALE    DOB: 2/29/1972 | Age: 47 years |
| Discharge Date n/a | FInancial Number: n/a |

---

### Anesthesia Notes

Result Type:
Result Date:
Result Status:
Performed Information:
Signed Information:

Pain Service Note
10/3/2018 08:09 CDT
Auth (Verified)
Coon PA,Caroline (10/3/2018 08:13 CDT)
Malik MD,Khalid (10/3/2018 11:54 CDT); Coon PA,Caroline
(10/3/2018 08:44 CDT)

**Pain Clinic Follow Up Note**

**HPI:**

The patient is a 46 y/o male with low back and right LE pains since a fall in 2014. The previous treatments included several knee injections, and a R L5/S1 TF ESI on 12/11/17 w/ 70% relief for 5 months. Pain today is consistent with prior visits.  Low back with radiation down the R leg> Left leg in the L5/S1 distribution.  He denies new weakness, numbness, or bowel/bladder changes.

Clinical response since treatment at last visit:  worsened pain
Change in medication use since last visit: N/A
Better with: meds, injection, PT
VAS now/worst/best: 6/10/3
Current treatment: gabapentin 300mg BID


Significant Motor Changes: No

Urinary Incontinence: No
Fecal Incontinence: No
Saddle Anesthesia: No


**Home Medications:**
**Gabapentin 600mg BID**

-calcium-vitamin D(Calcium 500+D): 1 tab  CHEW twice a day
-divalproex sodium(Depakote ER 500 mg oral tablet, extended release):  500 mg  PO EVERY DAY
-docusate(docusate):  100 mg CAPSULE PO twice a day
  As Needed for:< as needed for constipation >
  Number of refills:< 3 >
-ibuprofen(ibuprofen 600 mg oral tablet):  600 mg  PO EVERY 6 HOURS
  As Needed for:< as needed for pain >
  Instructions:< with food or milk >
  Number of refills:< 1 >
-risperidone(RisperDAL 1 mg oral tablet):  1 mg  PO twice a day

---



| Patient Name: COLEMAN, MICHAEL | MRN: 80411131 |
| Sex: MALE    DOB: 2/29/1972 | Age: 47 years |
| Discharge Date n/a | FInancial Number: n/a |

## Anesthesia Notes

-sertraline(Zoloft 100 mg oral tablet): **100 mg PO EVERY DAY**

**Allergies:** NKA

**Past injections:**

**12/11/17 TF-ESI L5/S1 R side**

<u>Review of Systems:</u>

MSK: No new joint pain or swelling of extremities
NEURO: No new headaches, dizziness or syncope, no new numbness in the extremities

### PHYSICAL EXAMINATION

**Vitals(All Vitals Since 7am Yesterday):**

| Date | Temp(F/C) | BP | Pulse | RR | SPO2 | Oxygen | POCT-Glucose | Height(cm) |
|---|---|---|---|---|---|---|---|---|
| **Weight(kg)** | **BMI** | **Pain Scale** | | | | | | |
| 10/03 08:24 | 98.6/37 | 137/86 | 64 | | | | 167 | 76.3 |
| 27.36 | | | | | | | | |

GEN: Alert & oriented, NAD
MOOD/AFFECT: Normal▾
MSK: Normal coordination and balance
Gait anantalgic▾
Normal curvature of spine, full ROM in all directions of spine
No Peripheral edema present in the lower extremities

NEURO: SILT along all extremities

| STRENGTH | R | L | STRENGTH | R | L |
|---|---|---|---|---|---|
| Deltoid | | | Psoas | 5 | 5 |
| Biceps | | | Quad | 5 | 5 |
| Triceps | | | ATib | 5 | 5 |
| Wr.Ext | | | Gastr | 5 | 5 |
| Intrinsic | | | EHL | 5 | 5 |
| Hand Grip | | | Hamstring | 5 | 5 |



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
———— Changing medicine. For good. ————

Patient Name: COLEMAN, MICHAEL          MRN: 80411131
Sex: MALE          DOB: 2/29/1972          Age: 47 years
Discharge Date n/a          Financial Number: n/a

*Anesthesia Notes*



**Imaging:**
11/2017



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
—— Changing medicine. For good. ——

Patient Name: COLEMAN, MICHAEL     MRN: 80411131
Sex: MALE          DOB: 2/29/1972       Age: 47 years
Discharge Date  n/a           Financial Number:  n/a

*Anesthesia Notes*



L5-S1



**UNIVERSITY OF ILLINOIS**
Hospital & Health Sciences System
Changing medicine. For good.

Patient Name: COLEMAN, MICHAEL     MRN: 80411131
Sex: MALE          DOB: 2/29/1972       Age: 47 years
Discharge Date n/a          Financial Number: n/a

*Anesthesia Notes*



L4-5



UNIVERSITY OF ILLINOIS
Hospital & Health Sciences System
——— Changing medicine. For good. ———

Patient Name: COLEMAN, MICHAEL          MRN: 80411131
Sex: MALE          DOB: 2/29/1972          Age: 47 years
Discharge Date  n/a          Financial Number:  n/a

*Anesthesia Notes*



L3-4



UNIVERSITY OF ILLINOIS
Hospital & Health Sciences System
—— Changing medicine. For good. ——

Patient Name: COLEMAN, MICHAEL          MRN: 80411131
Sex: MALE          DOB: 2/29/1972          Age: 47 years
Discharge Date n/a                    FInancial Number: n/a

*Anesthesia Notes*



Pain Service Note
\* Final Report \*

COLEMAN, MICHAEL - 80411131

| | |
|---|---|
| Result Type: | Pain Service Note |
| Result Date: | November 15, 2017 11:46 AM |
| Result Status: | Auth (Verified) |
| Result Title: | Pain f/u |
| Performed By: | Patel MD, Mital on November 15, 2017 11:48 AM |
| Verified By: | Patel MD, Mital on November 15, 2017 12:15 PM |

## \* Final Report \*

### Pain Clinic Follow Up Note

**HPI:** Mr. Coleman is a 45 yo male prisoner w/ hx of mood disorder, right medial meniscus repair 2010 here today with chronic right low back, right lateral hip, right anterior knee pain since November 2014 after a fall from about 13 ft. His worst pains are in his knee and his hip. Previous MRIs showed a minimal right gluteus medius tear a right medial meniscus tear in 2015. Prior treatment includes right knee CSIs, lateral "thigh injections," ibuprofen, aleve, mobic, flexeril, tramadol, tylenol #3 without relief. Previously seen by Dr. Marcus in Ortho department earlier this year and no surgical interventions were recommended. No prior lumbar MRI.

This patient is a45 yo here for LBP follow up. Gabapentin given last time helps with the LBP shooting down to his right big toee. No symptoms on the left at this time.

LOCATION OF PAIN: Right low back, right lateral thigh, posterior

RADIATES: Lateral and anterior leg to right big toe

QUALITY: shooting, ache

CONSTANT/INTERMITTENT: constant

SEVERITY: Worst: 9  Best: 9  Current: 9

DURATION: 2014

CONTEXT/PAIN OCCURS WHEN:

NUMBNESS/TINGLING? both feet

OTHER ASSOCIATED SX:

WEAKNESS?  right leg

EXACERBATING FACTORS: movement

ALLEVIATING FACTORS: nothing

URINARY/FECAL INCONTINENCE? none

Pain Service Note
* Final Report *

COLEMAN, MICHAEL - 80411131


SADDLE ANESTHESIA? none

INTERFERING WITH SLEEP? yes

Allergies to contrast or latex: none

Anticoagulation (including NSAIDs):  motrin, gabapentin


Significant Motor Changes: No
Urinary Incontinence: No
Fecal Incontinence: No
Saddle Anesthesia: No


**Home Medications:**

 -calcium-vitamin D(Calcium 500+D): 1 tab  CHEW twice a day
 -divalproex sodium(Depakote ER 500 mg oral tablet, extended release):  500 mg  PO EVERY DAY
 -docusate(docusate):   100 mg CAPSULE PO twice a day
   As Needed for:< as needed for constipation >
   Number of refills:< 3 >
 -ibuprofen(ibuprofen 600 mg oral tablet):  600 mg  PO EVERY 6 HOURS
   As Needed for:< as needed for pain >
   Instructions:< with food or milk >
   Number of refills:< 1 >
 -risperidone(RisperDAL 1 mg oral tablet):  1 mg  PO twice a day
 -sertraline(Zoloft 100 mg oral tablet):  100 mg  PO EVERY DAY


**Allergies:**      NKA


**Past injections:**


**Review of Systems:**

MSK: No new joint pain or swelling of extremities
NEURO: No new headaches, dizziness or syncope, no new numbness in the extremities


**PHYSICAL EXAMINATION**

Vitals(Past 5 Vitals in past 24 hours):

| Date | Temp(F/C) | BP | Pulse | RR | SPO2 | Oxygen | POCT-Glucose | Height(cm) |
|------|-----------|-----|-------|-----|------|--------|--------------|------------|
| Weight(kg) | BMI | Pain Scale | | | | | | |
| 11/15 11:33 | 97.0/36.1 | 145/84 | 76 | 18 | | | | 72 |

Pain Service Note
\* Final Report \*

COLEMAN, MICHAEL - 80411131

GEN: Alert & oriented, NAD
MOOD/AFFECT: Normal▾
MSK: Normal coordination and balance
Gait anantalgic▾
Normal curvature of spine, full ROM in all directions of spine
No Peripheral edema present in the lower extremities

NEURO: SILT along all extremities

| STRENGTH | R | L | STRENGTH | R | L |
|---|---|---|---|---|---|
| Deltoid | | | Psoas | 5 | 5 |
| Biceps | | | Quad | 5 | 5 |
| Triceps | | | ATib | 5 | 5 |
| Wr.Ext | | | Gastr | 5 | 5 |
| Intrinsic | | | EHL | 5 | 5 |
| Hand Grip | | | Hamstring | 5 | 5 |

| DTR | R | L | DTR | R | L | DTR | R | L |
|---|---|---|---|---|---|---|---|---|
| BR | | | Patellar | 2 | 2 | Babinski | NEG | NEG |
| Biceps | | | Achilles | 2 | 2 | Clonus | NEG | NEG |
| Triceps | | | | | | | | |

| PROVOCATIVE TESTS | RESULTS |
|---|---|
| Spurling's | |
| SLR sitting | |
| SLR supine | +R |
| Patrick/FABER | +R |
| Facet Loading | |
| Shear | |
| Pelvic Rock | |
| SIJ TTP | |
| Pace sign for piriformis sx | |
| Trochanteric bursa tenderness | |
| Cogwheeling | |

**Imaging:**

Multilevel severe degenerative disc disease, bulky facet arthropathy, and moderate to severe
central canal and neural foraminal stenosis seen most prominently from L3 to L5. There is probable
compression of the right L3 exiting nerve root.

**MEDICAL DECISION MAKING**

Printed by:   Patel MD, Mital
Printed on:   11/15/2017 12:15 PM

Pain Service Note
\* Final Report \*

COLEMAN, MICHAEL - 80411131

**Diagnosis:**

1) DDD

2) LBP

3)

**Summary**:

45 yo male prisoner w/ hx of mood disorder, right medial meniscus repair 2010 here today with chronic right low back, right lateral hip, right anterior knee pain since November 2014 after a fall from about 13 ft while incarcerated. Also endorses shooting pain in right L4 distribution to his right big toe. Prior right hip and knee MRIs from 2015 show small right gluteus medius strain and right medial meniscus tear. Recent hip and knee x-rays show mild degenerative changes. Likely not contributing factor for lateral hip pain. Lumbar MRI consistent with DDD, with some stenosis.

**Treatment Recommendations:**

Injections recommended:  right L5-S1 TF-ESI

Medications prescribed: Increase gabapentin at night to 600mg

Physical Therapy: continue

Tests ordered:

Follow up: RTC for injection

Patient seen and d/w Dr. Malik▾

Mital Patel, MD
UIC Pain Resident, PGY-3
#4508

**Completed Action List:**
```
* Perform by Patel MD, Mital on November 15, 2017 11:48 AM
* Modify by Patel MD, Mital on November 15, 2017 11:55 AM
* Modify by Patel MD, Mital on November 15, 2017 12:05 PM
* Modify by Patel MD, Mital on November 15, 2017 12:14 PM
* Modify by Patel MD, Mital on November 15, 2017 12:15 PM
* Sign by Patel MD, Mital on November 15, 2017 12:15 PM  Requested by Patel MD, Mital on
November 15, 2017 12:15 PM
* VERIFY by Patel MD, Mital on November 15, 2017 12:15 PM
```

Pain Service Note
* Final Report *

COLEMAN, MICHAEL - 80411131

Result Type:        Pain Service Note
Result Date:        November 15, 2017 11:46 AM
Result Status:      Modified
Result Title:       Lumbar MRI 11/2017
Performed By:       Coon PA, Caroline on November 15, 2017 11:50 AM
Verified By:        Coon PA, Caroline on November 15, 2017 11:50 AM

## * Final Report *

## Document Contains Addenda



Pain Service Note
\* Final Report \*

COLEMAN, MICHAEL - 80411131



Pain Service Note
* Final Report *

COLEMAN, MICHAEL - 80411131



Addendum by Coon PA, Caroline on November 15, 2017 11:52 AM (Verified)

Pain Service Note
* Final Report *

COLEMAN, MICHAEL - 80411131



**Completed Action List:**
* Perform by Coon PA, Caroline on November 15, 2017 11:50 AM
* Sign by Coon PA, Caroline on November 15, 2017 11:50 AM
* VERIFY by Coon PA, Caroline on November 15, 2017 11:50 AM
* Modify by Coon PA, Caroline on November 15, 2017 11:52 AM
* Sign by Coon PA, Caroline on November 15, 2017 11:52 AM

Exhibit #2

Name: _Coleman_ ID # _B08725_ Housing Unit: _Δ347_

You have an Attorney/Judge call on _Wed. 9/18/19_ at _9:30_ a.m./p.m.

Thank you,
Legal Services

Exhibit #3

*********AUTO**3-DIGIT 606
350 12 AT 2.255
TRESSLER LLP
TRESSELER LLP
233 S WACKER DR FL 61

CHICAGO, IL 60606-6359

000350

67pgs



TRESSLER LLP
RECEIVED
JUL 22 2019

DIARIED..................... DOCKETED
ATTY. 10901-14-5

## ATTENTION
Confidential Information enclosed.
To be viewed by authorized persons only.

### If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

To Whom It Concern:

CIOX has provided to you protected health information that may contain information that falls under the 42 C.F.R. Part 2. The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publically available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR §2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR §§ 2.112(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDs, it has been disclosed to you from records whose confidentiality is protected by federal and perhaps, state law, which prohibits you from making any further disclosure of such information without the specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

If the information requested is from a facility located within the Washington State area then this information will fall under the RCW 70.02.300 which states that this information has been disclosed to you from records who confidentiality may be protected by state law. State law prohibits you from making any further disclosure of it without the specific written authorization of the person to whom it pertains, or as otherwise permitted by state law. A general authorization for the release of this protected information is not sufficient for this purpose.



**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

**CIOX**
HEALTH
**INVOICE**

| | |
|---|---|
| Invoice #: | **0279217583** |
| Date: | **07/10/2019** |
| Customer #: | **2205981** |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| TRESSELER LLP<br>TRESSLER LLP<br>233 S WACKER DR<br>FL 61<br>CHICAGO,IL 60606-6359 | TRESSELER LLP<br>TRESSLER LLP<br>233 S WACKER DR<br>FL 61<br>CHICAGO,IL 60606-6359 | UI HOSPITAL AND CLINICS<br>833 S WOOD STREET<br>SUITE B52<br>CHICAGO,IL 60612 |

**Requested By:** TRESSLER LLP
**Patient Name:** COLEMAN MICHAEL

**DOB :** 022972

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 28.44 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 3 | 25 | 1.07 | 26.75 |
| Per Page Copy (Paper) 1 | 4 | 0.36 | 1.44 |
| Per Page Copy (Paper) 2 | 25 | 0.71 | 17.75 |
| Shipping | | | 2.65 |
| Subtotal | | | 77.03 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 77.03 |
| Balance Due | | | 77.03 |

**Terms: Net 30 days**     **Please remit this amount : $77.03(USD)**

------------------------------✂-------------------------------------------------------------------------------

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Get future medical records as soon as they are processed,
by signing up for secure electronic delivery.
Register at: https://edelivery.cioxhealth.com

| | |
|---|---|
| Invoice #: | **0279217583** |
| Check # | _____ |
| Payment Amount $ | _____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500

JB Pritzker
Governor



Rob Jeffreys
Acting Director

## The Illinois Department of Corrections

Stateville Correctional Center
Route 53, P.O. Box 112 • Joliet, IL 60434 • (815) 727 -3607 TDD: (800) 526-0844

**July 11, 2019**

Tressler LLP
233 South Wacker Drive
61st Floor
Chicago, Illinois 60606

### RE:   INVOICE FOR COPIES OF RECORDS

Make check or money order payable to State of Illinois

Submit a Copy of this invoice with the payment and send payment and invoice to:
   Attn: Legal Services
   Stateville Correctional Center
   P.O. Box 112
   Joliet, IL. 60434

OFFENDER/EMPOLYEE NAME: Michael Coleman        OFFENDER IDOC#: B08725

ORDER#:  N/A

~~MASTER ($.10)~~   (MEDICAL ($.15))   PERSONNEL ($.10)   OTHER ($.10): _____

NUMBER OF PAGES: 159

AMOUNT DUE (Postage included):  $32.75

CASE NAME:  Coleman v Obaisi, et. al.,          CASE #:  16-4917

JURISDICTION: Northern Dist.

REQUESTOR: Katherine Letcher

NOTES:  completed

_____
Lora Haven
ECI Coordinator
DOC Legal Services – Stateville

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**



# Tressler | LLP

Daniel R. Formeller
312-627-4007
dformeller@tresslerllp.com

Attorneys at Law
233 South Wacker Drive
61st Floor
Chicago, Illinois 60606
(312) 627-4000
Fax (312) 627-1717
www.tresslerllp.com

October 8, 2019

**CONFIDENTIAL LEGAL MAIL**
**ATTORNEY/CLIENT**
**PRIVILEGED COMMUNICATION**

**VIA U.S. MAIL**
Michael Coleman, IDOC #B-08725
P.O. Box 112
Joliet, IL 60434

      Re:    *Michael Coleman v. The Estate of Dr. Obaisi*
           Our File No.:    10901-19

Dear Mr. Coleman:

Today we received an Order from Judge Chang continuing the status hearing originally set for October 9, 2019 to January 9, 2020 at 9:30 AM. We do not expect any activity in this case until that time. The Court may or may not rule on the pending motion for summary judgment at the next scheduled status hearing.

If we do receive another order from the Court, we will contact you immediately. Please keep us advised of anything relevant to your case.

Very truly yours,

Daniel R. Formeller

DRF/cmj
cc: Ms. K. Letcher

4828-3565-5849, v. 1

Exhibit #5

P.O. Box 112,                  Re: Michael Coleman
Joliet, Ill
60434 -                        The Estate of Dr. Obaisi
(Stateville, C.C.)             File No: 1090-19

october 15, 2019

Mr. Daniel R. Formeller
&
Ms. Katherine Letcher
Attorneys at law
233 South Wacker Drive
61st Floor
Chicago, Illinois - 60606 -

Dear Mr. Formeller:

Permit this letter to serve as written confirmation to the above-referenced matter.

Mr. Formeller, sir, I talk to you via legal phone call on September 18, 2019 And I wrote you and Ms. Letcher two letters, plus I E-mail you and Ms. Letcher.

                        And on all occasions I took the opportunity to ask you and Ms. Letcher to motion the court to allow the discovery process to be Re-opened to allow you the opportunity to introduce the additional medical experts opinions from the University of Illinois with respect to my injuries and the surgeries that will be required in the future and to afford you an opportunity to depose those

experts. "Emphasis" should be placed on the fact that these opinions were rendered prior to Summary Judgment being filed by the defendants. however, your office did not receive these documents in a timely fashion which would have allowed us the opportunity to depose these doctors, or to review the medical records.

Plus Mrs Fermoller the medical experts opinions from the University of Illinois on my "Diagnosis" and "injuries" is contrary to the defendants experts M.D. Chadwick C. Prahamos, opinions on my "Diagnosis" and injuries.

However Mr. Fermoller I received a letter from just you dated 10/8/2019 and you circumvent around all of my questions and Request, and did not answer any of my questions.

Mr. Fermoller Sir again are you going to motion the court to allow the discovery process to be re-opened up under all of the above circumstances?

Please forward me a "yes or No"

Respectfully Requested

Michael Coleman

c/c M.C. File

Exhibit #6

P.O. Box 112
Joliet, IL
-60434-
(Stateville C.C.)

Re: Michael Coleman
The Estate of Dr.
OBairi File No. 1091-
19

November 6, 2019.

Mr. Daniel R. Formeller
&
MS. Katherine Letcher
Attorney at Law
233 South Wacker Drive
61st Floor
Chicago, Illinois, -60606-

Dean Mr. Formeller & MS. Letcher.

Please permit this letter to serve as
written confirmation to the above-
referenced matter.

Mr. Formeller sir, I'm writing to
ask did you and MS. Letcher receive
my letters that I sent to your
office dated October 15, 2019?
Concerning my request?
yet I have not receive no response
from you nor MS. Letcher.

Mr. Formeller Sir every since you
told me that, you and your office
receive all of my medical records
late, from Illinois Department of
Corrections and the UIC Hospitals
And that's Why you didn't use
them in my reply Brief against

Summary Judgment, I have not been able to sleep.

Sir, I talk to you (in) legal phone call on September 18, 2019. And I wrote, you and Mrs. Letcher 3- letters plus, 3 e-mail, you and Mrs. Letcher about this situation. And on all, occasions I took the opportunity to ask you and Mrs. Letcher to motion the court to allow the discovery process to reopen to allow you the opportunity to introduce the additional medical experts opinions from the University of Illinois with respect to my injuries and the surgeries that will be required in the future and to afford you an opportunity to depose those experts. Emphasis should be placed on the fact that these opinions were rendered prior to Summary Judgment being filed by the defendants however, your office did not receive these documents in a timely fashion which would have allowed you the opportunity to depose those doctors or to review the medical records.

And this formaller the medical experts opinions from the University of Illinois on my "Diagnosis", and "injuries", is contrary to the defendants experts M.D. Chadwick C. pradnomst, opinions, on my Diagnosis and injuries.

Sir again → Can you please motion the Court, to allow the discovery process to be re-open so we can disclose this information A.S.A.P before the next status hearing??

PS. Mr. Fenmeller Why you and Ms. Letcher have not answer none of my letter's nor phone calls??

Please respond soon.

Michael Coleman.

Exhibit #7

P.O. Box 112. Re: Michael Coleman
Joliet, Ill.                    V.
C-60434-          The Estate of Dr. O'Baisi
(Stateville C.C.)

December 1. 2019.

Mr. Daniel R. Formeller
&
Ms. Katharine Letchan
-Attorneys at Law-
233 South Wacker Drive
61st Floor
Chicago Illinois 60606-

Dear. Mr. Formeller & Ms. Letchan.

Please permit this letter to serve as
Written confirmation to the above
referenced matter.

Mr. Formeller Sir I have wrote
you 3-letter's prior to this one plus
E-mail you twice, And called your
Law office twice, yet I have not
receive no response from you nor Ms.
Letchan.
Sir the last letter I receive from you
is dated October 8. 2019. And in that
letter you circumvent around all of
my questions and Request, and did
not answer any of my questions.

Mr. Formeller Sir the Brief you
filed in response to the defendants
motion for summary judgment is
"Not" supported With document proof

nor the evidence. You did not depose any of the medical Doctors from U.I.C medical center that treated me and Diagnose me. The medical experts opinions from the University of Illinois on my "Diagnosis" and "injuries" is contrary to the defendants experts M.D Chadwick C. Prodromos, opinions on my "Diagnosis" and injuries, Why would you not depose them? Mr. Formeller sir, case law reads that → prison cases can not be won without the use of an expert M.D and will be lost at Summary Judgement or trial for a lack of expert evidence. I do not want to loose, Sir why would you not use none of the medical record nor evidence? You sent me all the evidence with out useing any of.

Mr. Formeller sir I feel like you and Mrs. Litcher is waiting on my Law Suit to get damit.

Mr. Formeller please motion the Court and request that the discovery process be re-opened, Can you please Amend my petition with the evidence I you receive late??

If not what am I suppose to do??

Michael Coleman (#B-08725)
P. O. Box 112
Joliet, Ill-60434
(State I.D.)

2019 DEC 16 AM 11: 51

12/16/2019-64

Please forward to—

Hon. Virginia Elmond E. Chang
Clerk of the office
United States District Court
219 South Dearborn Street
Chicago, Illinois-60604

IDOC INMATE
LEGAL MAIL



$ 002.65
ZIP 60403
0001394077 DEC 05 2019